# Exhibit 2

# Appeal Processing Steps*

**Step #1: SCU/SAOC Review**
- An appeal is first assigned to the SCU or SAOC adjudicator who originally adjudicated the case to determine whether to uphold or overturn the original decision. If SCU or SAOC decides to overturn the original decision, they will contact the school via email. If SCU or SAOC decides to uphold the original decision, the appeal will continue through the adjudication process.

**Step #2: Case in Queue**
- While your case is awaiting preliminary review by an Administrative Appeals Team (AAT) adjudicator, the case will sit in a queue for pickup. AAT is not able to provide an exact time frame on how long your case will be in queue before it is picked up by an adjudicator.
- Once the adjudicator has begun work on a case, it takes roughly 60 business days to go through the remaining stages of the appeal process, but this time frame can be extended if complicating factors arise during the review.

**Step #3: Adjudicator Preliminary Review**
- The AAT adjudicator reviews the case and all the evidence relating to the petition.
- The AAT adjudicator will then draft a preliminary appeal decision.

**Step #4: Legal and Regulatory Review**
- Next, an entity within U.S. Immigration and Customs Enforcement (ICE) reviews the decision and all the evidence relating to the petition to ensure regulatory compliance and legal sufficiency.

**Step #5: Adjudicator Review of Legal Comments**
- The AAT adjudicator reviews the legal and regulatory comments and may edit the decision if deemed necessary.
- If requested or deemed necessary, the adjudicator may send the appeal decision back to the legal entity for additional review.

**Step #6: FAA Review**
- The Final Appeals Authority (FAA) reviews the appeal decision and all the evidence relating to the petition.
- The FAA will return the decision to the appeals adjudicator to request further edits/revisions if necessary.

**Step #7: Adjudicator Review of FAA Comments**
- The AAT adjudicator reviews the decision and makes final edits if applicable. If there are significant questions or concerns, the appeal decision may return to the FAA for additional clarification before the adjudicator finishes their edits.
- Once these edits are made, the decision returns to the FAA for final review.

**Step #8: FAA - Final Review**
- The FAA approves the decision as final.
- Once the FAA approves and signs the decision, the final decision is then issued to the petitioner and attorney, if applicable, via email.

*Please Note: The steps described are for the typical appeal process. Your case may require less or more levels of review depending on the complexity of your case and the evidence submitted.