# Exhibit 3

Home \ Blog \ Loss of SEVP Certification

Please note, this content may be outdated. Visit Study in the States' Students, Schools and Blog pages for more timely information on this topic.



# LOSS OF SEVP CERTIFICATION

December 19, 2014

Schools that want to enroll nonimmigrant students must apply and be granted a Student and Exchange Visitor Program (SEVP) certification. Being SEVP-certified means that a school can issue Forms I-20, "Certificate of Eligibility for Nonimmigrant Student Status," to prospective students after admitting them for a course of study. SEVP continuously monitors certified schools through reporting and recordkeeping compliance regulations.

In addition to the initial certification application process and ongoing monitoring, schools authorized to issue Forms I-20 must undergo SEVP's recertification process every two years to maintain status. SEVP may also conduct an out-of-cycle review at any time to determine whether a school is maintaining compliance. If a school voluntarily withdraws from the certification process or fails to comply with SEVP requirements while in status, the school is no longer eligible to enroll nonimmigrant students. If you attend an SEVP-certified school that loses its SEVP certification, here are steps you should follow:

1. Contact your designated school official (DSO) immediately and discuss your options.

2. If your DSO lets you know that your school will be reinstated to enroll nonimmigrant students, you may continue to study at your school.

3. If the school remains withdrawn from certification, you will receive a letter indicating a date by which you must do one of the following recourse options:

   - Depart the United States,
   - Transfer to another SEVP-certified school, or
   - Change to another nonimmigrant status.

*Please note that failure to comply by the date indicated in the letter will result in a terminated Student and Exchange Visitor Information System record and loss of status.*

If you have questions, you can call the SEVP Response Center at 703-603-3400 between 7 a.m. – 8 p.m. EST, except holidays.

## Was This Helpful?

Please provide feedback on this page.

- Yes
- No





## About

About Study in the States

About SEVIS

Contact Us

## Help

Accessibility

Metrics

Privacy Policy

Site Index

## Partners

Department of State

Department of Education

Department of Commerce

Department of Labor

Department of Justice

