# Exhibit 4

4/23/25, 11:15 AM     Office of Public Affairs | Justice Department Announces Formation of Task Force to Combat Anti-Semitism | United States Departm…

Case 1:25-cv-11472   Document 1-4   Filed 05/23/25   Page 2 of 4



**PRESS RELEASE**

# Justice Department Announces Formation of Task Force to Combat Anti-Semitism

Monday, February 3, 2025

**For Immediate Release**

Office of Public Affairs

Pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Justice Department announced today the formation of a multi-agency Task Force to Combat Anti-Semitism. The Task Force's first priority will be to root out anti-Semitic harassment in schools and on college campuses.

In addition to the Department of Justice, the Task Force will include representatives from the U.S. Department of Education, U.S. Department of Health and Human Services, and other agencies as it develops. The Task Force will be coordinated through the Department's Civil Rights Division.

"Anti-Semitism in any environment is repugnant to this Nation's ideals," said Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell, who will be heading the Task Force. "The Department takes seriously our responsibility to eradicate this hatred wherever it is found. The Task Force to Combat Anti-Semitism is the first step in giving life to President Trump's renewed commitment to ending anti-Semitism in our schools."

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at [Contact the Civil Rights Division | Department of Justice](https://civilrights.justice.gov) (https://civilrights.justice.gov).

Case 1:25-cv-11472    Document 1-4    Filed 05/23/25    Page 3 of 4

President Trump's Executive Order can be found here: [Additional Measures to Combat Anti-Semitism – The White House](#).

Updated February 3, 2025

**Topic**

> **CIVIL RIGHTS**

**Component**

[Civil Rights Division](#)

Press Release Number: 25-132

# Related Content

**PRESS RELEASE**

### Justice Department Files Statement of Interest in Support of North Carolina Church in Land Use Case

The Justice Department filed a statement of interest Friday in support of a Christian Church in North Carolina alleging violations of federal law by the Chatham County Board of Commissioners.

April 22, 2025

**PRESS RELEASE**

### Attorney General Pamela Bondi Hosts First Task Force Meeting to Eradicate Anti-Christian Bias in the Federal Government

Today, Attorney General Pamela Bondi hosted members of the President's Cabinet at the U.S. Department of Justice for the inaugural meeting of the Task Force to Eradicate Anti-Christian Bias in…

April 22, 2025

**PRESS RELEASE**

### Federal Grand Jury Indicts Wisconsin Couple for Forced Labor

An indictment was unsealed today in Madison, Wisconsin charging a Wisconsin man with seven counts of forced labor, conspiracy to commit forced labor, and seven counts of alien harboring for…

April 21, 2025

---



**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

**Department of Justice Main Switchboard**
202-514-2000