# Exhibit 13



← **Truth Details**
3731 replies



**Donald J. Trump** ✓
@realDonaldTrump

Perhaps Harvard should lose its Tax Exempt Status and be Taxed as a Political Entity if it keeps pushing political, ideological, and terrorist inspired/supporting "Sickness?" Remember, Tax Exempt Status is totally contingent on acting in the PUBLIC INTEREST!

**7.98k** ReTruths   **34.3k** Likes                                              Apr 15, 2025, 10:09 AM

