# Exhibit 17

4/22/25, 7:14 PM

Secretary Noem Terminates $2.7 Million in DHS Grants; Orders Harvard to Prove Compliance with Foreign Student Requirements | …

Case 1:25-cv-11472 Document 1-17 Filed 05/23/25 Page 2 of 2



U.S. Department of Homeland Security

# Secretary Noem Terminates $2.7 Million in DHS Grants; Orders Harvard to Prove Compliance with Foreign Student Requirements

**Release Date:** April 16, 2025

WASHINGTON – Today, Department of Homeland Security Secretary Kristi Noem announced the cancelation of two DHS grants totaling over $2.7 million to Harvard University, declaring it unfit to be entrusted with taxpayer dollars. The Secretary also wrote a scathing letter demanding detailed records on Harvard's foreign student visa holders' illegal and violent activities by April 30, 2025, or face immediate loss of Student and Exchange Visitor Program (SEVP) certification.

"Harvard bending the knee to antisemitism — driven by its spineless leadership — fuels a cesspool of extremist riots and threatens our national security," said Secretary Noem. "With anti-American, pro-Hamas ideology poisoning its campus and classrooms, Harvard's position as a top institution of higher learning is a distant memory. America demands more from universities entrusted with taxpayer dollars."

The $800,303 Implementation Science for Targeted Violence Prevention grant branded conservatives as far-right dissidents in a shockingly skewed study. The $1,934,902 Blue Campaign Program Evaluation and Violence Advisement grant funded Harvard's public health propaganda. Both undermine America's values and security.

This action follows President Donald J. Trump's decision to freeze $2.2 billion in federal funding to Harvard University, proposing the revocation of its tax-exempt status over its radical ideology.

Since Hamas's October 7, 2023, attack on Israel, Harvard's foreign visa-holding rioters and faculty have spewed antisemitic hate, targeting Jewish students. With a $53.2 billion endowment, Harvard can fund its own chaos—DHS won't. And if Harvard cannot verify it is in full compliance with its reporting requirements, the university will lose the privilege of enrolling foreign students.

###

## Topics

PREVENTING TERRORISM AND TARGETED VIOLENCE (/TOPICS/PREVENTING-TERRORISM-AND-TARGETED-VIOLENCE)

## Keywords

DEPARTMENT OF HOMELAND SECURITY (DHS) (/KEYWORDS/DEPARTMENT-HOMELAND-SECURITY-DHS)     SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)

GRANT FUNDING (/KEYWORDS/GRANT-FUNDING)

Last Updated: 04/17/2025