# Exhibit 19



1629 K Street NW, Suite 300
Washington, DC 20006

Steve Bunnell
(202) 322 - 9116
steve@rajferber.com

April 30, 2025

*Confidential Treatment Requested*

**VIA EMAIL**

SupportSEVP@ice.dhs.gov

    Re:    Harvard University – BOS214F00162000

To Whom It May Concern:

We represent Harvard University ("Harvard") in connection with the above-referenced matter. We write in response to the letter sent on April 16, 2025 (the "Letter"), which relies on 8 C.F.R. § 214.3(g)(1) to request records, within 10 business days, pertaining to Harvard's international student population. In this letter, we address the production Harvard is making today in response to the Letter.

Participation in the Student and Exchange Visitor Program ("SEVP") is of the utmost importance to Harvard and its educational mission—and to the value the institution provides to the nation. Harvard educates members of a global community of scholars, scientists, entrepreneurs, and future world leaders. International students who enroll at Harvard through SEVP enrich the University's educational experience and research mission in countless ways, redounding to the benefit of the entire Harvard community and the country.

Harvard takes seriously its data retention and reporting obligations under SEVP and is committed to complying with the law.

This letter encloses Harvard's production of responsive records pursuant to 8 C.F.R. § 214.3(g)(1). We note that portions of the Letter seek categories of information using terms not defined in the regulation. Harvard is committed to good faith compliance and is therefore producing responsive materials that we believe are reasonably required by 8 C.F.R. § 214.3(g)(1). These materials include records maintained by or accessible to the Harvard International Office under 8 C.F.R. § 214.3(g)(1). Where no timeframe is specified in the Letter, and unless otherwise specified below, the timeframe applied is academic year 2023-2024 and academic year 2024-2025 (through and including April 30, 2025).

RAJ FERBER
PLLC

April 30, 2025
Page 2

Specifically, Harvard's production consists of the following information relevant to F-1 status:

- Records that reflect student enrollment information, by SEVIS ID Number, for each F-1 visa holder enrolled at Harvard throughout the duration of the program in which that student is presently enrolled. For the majority of Harvard's Schools, these records were generated from a centralized repository and queried by term rather than by student, which enabled them to be generated within the 10 business days allowed for this response. The terms queried date back to Fall 2012, which is the earliest term in which a current F-1 visa holder was enrolled at Harvard in that student's current program. Where Column F (Sum of Enrolled Units) has the value of 0.00 and Columns B-D (Career, Term, Prim Prog) are blank, that indicates the student's current program either had not yet commenced or had already completed.

- SEVIS termination and cancellation data that include SEVIS ID Number, SEVIS Status, Education Level, Major/Academic Program, Date of Termination or Cancellation, Termination or Cancellation Reason, and Program Start and End Date. These data reflect changes to nonimmigrant student status for a range of reasons, including but not limited to disciplinary action. The basis for any such disciplinary action is not covered by 8 C.F.R. § 214.3(g)(1).

The Letter required production within 10 business days of April 16, 2025. Harvard's production reflects its best effort to meet this deadline notwithstanding the scope of the requests in the Letter, which cover more than 5,200 students. If Harvard discovers additional information falling into the categories listed above, it will promptly produce that information as a supplement.

An attestation by Harvard's Principal Designated School Official accompanies the production. This attestation is identical to the version included with the Letter except for the final bullet point, which reflects that—given the broad scope of the Letter's requests—Harvard's Principal Designated School Official assisted in the preparation of the evidence as opposed to preparing the entire production individually.

**To be clear, Harvard is complying with the Letter's lawful requests in lieu of voluntary withdrawal from SEVP certification. Harvard does not seek to withdraw from SEVP. Any withdrawal of Harvard's certification would be involuntary and would cause immediate harm and disruption to Harvard, its mission, and its thousands of international students who hail from over 140 countries and enrich the University community immeasurably with their presence and contributions. If any aspect of this production raises questions or is deemed incomplete or insufficient in any respect, and *before* DHS takes any steps adverse to Harvard due**

RAJ FERBER
PLLC

April 30, 2025
Page 3

**to any perceived deficiency in Harvard's response, Harvard respectfully requests that DHS notify Harvard's counsel in writing and provide an opportunity to discuss, to be heard, and to cure.**

Finally, we wish to note that the Letter falsely asserts that Harvard has "created a hostile learning environment for Jewish students" due to a purported "failure to condemn antisemitism," and that Harvard "relies heavily on foreign student funding … to build and maintain [its] substantial endowment." These assertions have no basis in fact, and the Letter suggests none.

To the contrary, Harvard has strongly and repeatedly condemned antisemitism and has undertaken substantial efforts to ensure that its campus is safe, fair, and welcoming to Jewish and Israeli students—including those who attend Harvard on F-1 visas. During this academic year, Harvard has made substantial changes to better foster a welcoming environment for Jewish and Israeli students. Those steps and additional actions Harvard will undertake to combat antisemitism in the campus community are described in detail on the University's dedicated website addressing the *Presidential Task Force on Combatting Antisemitism and Anti-Israeli Bias*, available at: https://www.harvard.edu/task-force-on-antisemitism/#actionsandcommitments.  In short, Harvard denies the Letter's assertions and any suggestion that they justify actions by DHS in contravention of the statutes and regulations governing SEVP.

\*     \*     \*

RAJ FERBER
PLLC

April 30, 2025
Page 4

This letter and the enclosed production contain confidential information, including about Harvard's students, that Harvard does not disclose in the ordinary course. These materials are being provided to DHS under a request for confidential treatment by DHS and by any other federal agency that receives them. Confidential treatment and exemption from disclosure of the materials are claimed under all applicable statutes, rules, and regulations, including but not limited to exemptions under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

Regarding FOIA in particular, it is Harvard's position that the materials being produced, whether in whole or in part, are not an "agency record" within the meaning of FOIA, and they may not be disclosed to third persons without the prior written consent of Harvard. In the event that any part of the materials being produced becomes an "agency record" within the meaning of FOIA for any reason, Harvard requests confidential treatment of such material pursuant to exemptions under FOIA, including but not limited to 5 U.S.C. §§ 552(b)(3), (4), (6), and (7), and all other applicable statutes, rules, and regulations.

Please do not hesitate to reach out to me with any questions.

Sincerely,

*Steve Bunnell*

Steve Bunnell

cc: Kiran Raj, Raj Ferber PLLC