# Exhibit 20


