# Exhibit 22

**From:** Mazzara, Joseph <Joseph.Mazzara@hq.dhs.gov>
**Sent:** Wednesday, May 7, 2025 3:58 PM
**To:** Steve Bunnell <steve@rajferber.com>; Wall, Charles <Charles.Wall@ice.dhs.gov>
**Cc:** Kiran Raj <kiran@rajferber.com>
**Subject:** RE: Harvard SEVP Record Request

Steve,

Thank you for sending the files along. Our team looked through the information and concluded that it does not completely address the Secretary's request. Can you please provide no later than COB next Wednesday the following, and for any documents you withhold, please provide a detailed reason for withholding any of the below:

    1. Provide relevant information regarding each student visa holder's known illegal activity, and whether the activity occurred on campus.
    2. Provide relevant information regarding each student visa holder's known dangerous or violent activity, and whether the activity occurred on campus.
    3. Provide relevant information regarding each student visa holder's known threats to other students or university personnel, and whether the activity occurred on campus.
    4. Provide relevant information regarding each student visa holder's known deprivation of rights of other classmates or university personnel, and whether the activity occurred on campus.

This information would likely include the disciplinary records for student visa holders. Thank you.

S/f,

-Joseph

1