# Exhibit 23

| | |
|---|---|
| **From:** | Mazzara, Joseph <Joseph.Mazzara@hq.dhs.gov> |
| **Sent:** | Wednesday, May 14, 2025 11:46 AM |
| **To:** | Steve Bunnell; Kiran Raj; Wall, Charles |
| **Subject:** | Re: Harvard SEVP Record Request |

Steve,

While many of the records we are seeking and have received may be required to be kept by Harvard pursuant to 8 C.F.R. § 214.3(g)(1), our authority to request information is broader. We are requesting records pursuant to all our authorities contained in 8 C.F.R.§ 214 (many of which are also refenced in the letter).  Thank you.

S/f,

Joseph

---

**From:** Steve Bunnell <steve@rajferber.com>
**Sent:** Tuesday, May 13, 2025 6:09 PM
**To:** Mazzara, Joseph <Joseph.Mazzara@hq.dhs.gov>; Wall, Charles <Charles.Wall@ice.dhs.gov>
**Cc:** Kiran Raj <kiran@rajferber.com>
**Subject:** RE: Harvard SEVP Record Request

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Joseph and Charlie — just bringing this to the top of your inboxes, given your request for us to respond by COB tomorrow.   Want to make sure we're on the same page as to the legal basis for your request.

Thanks, Steve

---

**From:** Steve Bunnell <steve@rajferber.com>
**Sent:** Monday, May 12, 2025 4:33 PM
**To:** Mazzara, Joseph <Joseph.Mazzara@hq.dhs.gov>; Wall, Charles <Charles.Wall@ice.dhs.gov>
**Cc:** Kiran Raj <kiran@rajferber.com>
**Subject:** Re: Harvard SEVP Record Request

Hi Joseph—We're looking at your email below and see that it asks in the last line for the content of disciplinary records for student visa holders.  Should we read the email as requesting information under 8 C.F.R.§ 214.3(g)(2), and not just § 214.3(g)(1) — which was cited in the Secretary's request?

Thanks, Steve

Get Outlook for iOS

**From:** Mazzara, Joseph <Joseph.Mazzara@hq.dhs.gov>
**Sent:** Wednesday, May 7, 2025 3:58 PM
**To:** Steve Bunnell <steve@rajferber.com>; Wall, Charles <Charles.Wall@ice.dhs.gov>
**Cc:** Kiran Raj <kiran@rajferber.com>
**Subject:** RE: Harvard SEVP Record Request

Steve,

Thank you for sending the files along. Our team looked through the information and concluded that it does not completely address the Secretary's request. Can you please provide no later than COB next Wednesday the following, and for any documents you withhold, please provide a detailed reason for withholding any of the below:

    1. Provide relevant information regarding each student visa holder's known illegal activity, and whether the activity occurred on campus.
    2. Provide relevant information regarding each student visa holder's known dangerous or violent activity, and whether the activity occurred on campus.
    3. Provide relevant information regarding each student visa holder's known threats to other students or university personnel, and whether the activity occurred on campus.
    4. Provide relevant information regarding each student visa holder's known deprivation of rights of other classmates or university personnel, and whether the activity occurred on campus.
This information would likely include the disciplinary records for student visa holders. Thank you.

S/f,

-Joseph