# Exhibit 26



**Homeland Security reposted**

**Secretary Kristi Noem** ✓
@Sec_Noem

This administration is holding Harvard accountable for fostering violence, antisemitism, and coordinating with the Chinese Communist Party on its campus.

It is a privilege, not a right, for universities to enroll foreign students and benefit from their higher tuition payments to help pad their multibillion-dollar endowments.

Harvard had plenty of opportunity to do the right thing. It refused.

They have lost their Student and Exchange Visitor Program certification as a result of their failure to adhere to the law.

Let this serve as a warning to all universities and academic institutions across the country.



2:01 PM · May 22, 2025 · **3,155** Views