# Exhibit 27

5/22/25, 2:31 PM  Harvard University Loses Student and Exchange Visitor Program Certification for Pro-Terrorist Conduct | Homeland Security

Case 1:25-cv-11472    Document 1-27    Filed 05/23/25    Page 2 of 3



U.S. Department of Homeland Security

# Harvard University Loses Student and Exchange Visitor Program Certification for Pro-Terrorist Conduct

*Harvard is being held accountable for collaboration with the CCP, fostering violence, antisemitism, and pro-terrorist conduct from students on its campus.*

WASHINGTON – Today, **Homeland Security Secretary Kristi Noem** ordered DHS to terminate the Harvard University's Student and Exchange Visitor Program (SEVP) certification.

This means **Harvard can no longer enroll foreign students and existing foreign students must transfer or lose their legal status.**

Harvard's leadership has created an unsafe campus environment by permitting anti-American, pro-terrorist agitators to harass and physically assault individuals, including many Jewish students, and otherwise obstruct its once-venerable learning environment. Many of these agitators are foreign students. Harvard's leadership further facilitated, and engaged in coordinated activity with the CCP, including hosting and training members of a CCP paramilitary group complicit in the Uyghur genocide.

"This administration is holding Harvard accountable for fostering violence, antisemitism, and coordinating with the **Chinese Communist Party** on its campus," said **Secretary Noem.** "It is a privilege, not a right, for universities to enroll foreign students and benefit from their higher tuition payments to help pad their multibillion-dollar endowments. Harvard had plenty of opportunity to do the right thing. It refused. They have lost their Student and Exchange Visitor Program certification as a result of their failure to adhere to the law. Let this serve as a warning to all universities and academic institutions across the country."

[On April 16, 2025](https://www.dhs.gov/news/2025/04/16/secretary-noem-terminates-27-million-dhs-grants-orders-harvard-prove-compliance), Secretary Noem demanded Harvard provide information about the criminality and misconduct of foreign students on its campus. Secretary Noem warned refusal to comply with this lawful order would result in SEVP termination.

This action comes after DHS terminated [$2.7 million in DHS grants](https://www.dhs.gov/news/2025/04/16/secretary-noem-terminates-27-million-dhs-grants-orders-harvard-prove-compliance) for Harvard last month.

Harvard University brazenly refused to provide the required information requested and ignored a follow up request from the Department's Office of General Council. Secretary Noem is following through on her promise to protect students and prohibit terrorist sympathizers from receiving benefits from the U.S. government.

**Facts** about Harvard's toxic campus climate:

- A joint-government task force [found](https://www.hhs.gov/press-room/anti-semitism-task-force-statement-on-additional-harvard-grants.html) that Harvard has failed to confront pervasive race discrimination and anti-Semitic harassment plaguing its campus.
- Jewish students on campus were subject to pervasive insults, physical assault, and intimidation, with [no meaningful response from Harvard's leadership](https://www.hhs.gov/press-room/anti-semitism-task-force-statement-on-additional-harvard-grants.html).
- A protester charged for his role in the assault of a Jewish student on campus was chosen by the Harvard Divinity School [to be the Class Marshal for commencement](https://www.gsa.gov/about-us/newsroom/news-releases/joint-task-force-to-combat-antisemitism-statement-on-additional-harvard-actions-05132025).
- [Harvard's own 2025 internal study on anti-Semitism](https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.harvard.edu%2Fwp-content%2Fuploads%2F2025%2F04%2FFINAL-Harvard-ASAIB-Report-4.29.25.pdf&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro) revealed that almost 60% of Jewish students reported experiencing "discrimination, stereotyping, or negative bias on campus due to [their] views on current events."
- In one instance, a Jewish student speaker at a conference had planned to tell the story of his Holocaust survivor grandfather finding refuge in Israel. Organizers told the student the story was not "tasteful" and [laughed at him when he expressed his confusion](https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.harvard.edu%2Fwp-content%2Fuploads%2F2025%2F04%2FFINAL-Harvard-ASAIB-Report-4.29.25.pdf&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro). They said the story would have justified oppression.
- Meanwhile, Pro-Hamas student groups that promoted antisemitism after the October 7 attacks [remained recognized and funded](https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.harvard.edu%2Fwp-content%2Fuploads%2F2025%2F04%2FFINAL-Harvard-ASAIB-Report-4.29.25.pdf&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro).

Instead of protecting its students, Harvard has let crime rates skyrocket, enacted racist DEI practices, and accepted boatloads of cash from foreign governments and donors.

5/22/25, 2:31 PM                 Harvard University Loses Student and Exchange Visitor Program Certification for Pro-Terrorist Conduct | Homeland Security

Case 1:25-cv-11472    Document 127    Filed 05/23/25    Page 3 of 3

- Crime rates at Harvard increased by 55% from 2022 to 2023 (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.thecrimson.com%2Farticle%2F2024%2F10%2F3%2Fhupd-reports-hate-crimes-2024%2F%23%3A~%3Atext%3DIn%20the%20report%252C%20HUPD%20detailed%2010%20hate%20crimes%2Ccampus%20following%20Hamas%E2%80%99%20Oct.%207%20attack%20on-university-loses-student-and-exchange-visitor-program-certification-pro) .
    - From 2022 to 2023 aggravated assaults increased 295% and robberies increased 560%
- Harvard has adopted race-conscious hiring policies (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.city-journal.org%2Farticle%2Fharvard-university-discrimination-dei-hiring-trump&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro) , potentially in violation of civil rights law.
- Harvard Received $151 Million From Foreign Governments Since January 2020 — making up more than 13 percent of the total $1.1 billion received from foreign donors over the same period (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.thecrimson.com%2Farticle%2F2025%2F2%2F28%2Fforeign-funding-donations%2F&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro) .
- Harvard hosted and trained members of the Xinjiang Production and Construction Corps (XPCC) (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.msn.com%2Fen-us%2Fnews%2Fworld%2Fharvard-universitys-alleged-ties-to-chinese-paramilitary-group-iran-backed-research-spark-gop-probe%2Far-AA1F4TCo%3Focid%3DBingNewsSerp&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro) , a CCP paramilitary group complicit in the Uyghur genocide, even after its 2020 designation on the U.S. Treasury's Specially Designated Nationals List, with engagements continuing as recently as 2024.
- Harvard researchers collaborated with China-based academics on projects funded by an Iranian government agent and partnered with Chinese universities tied to military advancements (https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fwww.msn.com%2Fen-us%2Fnews%2Fworld%2Fhouse-republicans-investigate-harvard-s-ties-to-chinese-and-iranian-governments%2Far-AA1F94ao%3Focid%3DBingNewsSerp&back_url=https%3A%2F%2Fwww.dhs.gov%2Fnews%2F2025%2F05%2F22%2Fharvard-university-loses-student-and-exchange-visitor-program-certification-pro) , including aerospace and optics research, using U.S. Department of Defense funds.
- Harvard partnered with individuals linked to China's defense-industrial base (https://selectcommitteeontheccp.house.gov/media/press-releases/lawmakers-demand-answers-harvard-over-ties-chinese-military-sanctioned) , including conducting robotics research with military applications.

###

## Topics

SECRETARY OF HOMELAND SECURITY (/TOPICS/SECRETARY-HOMELAND-SECURITY)

## Keywords

CHINESE (/KEYWORDS/CHINESE)     DEPARTMENT OF HOMELAND SECURITY (DHS) (/KEYWORDS/DEPARTMENT-HOMELAND-SECURITY-DHS)

SECRETARY KRISTI NOEM (/KEYWORDS/SECRETARY-KRISTI-NOEM)     STUDENT (/KEYWORDS/STUDENT)