# Exhibit 28

**Explore More**

News(https://www.harvard.edu/president/category/news/)

# Our Resolve

Dear Members of the Harvard Community,

Earlier today, the federal government's task force to combat antisemitism issued a letter putting at risk almost $9 billion in support of research at Harvard and other institutions, including hospitals in our community. If this funding is stopped, it will halt life-saving research and imperil important scientific research and innovation.

The government has informed us that they are considering this action because they are concerned that the University has not fulfilled its obligations to curb and combat antisemitic harassment. We fully embrace the important goal of combatting antisemitism, one of the most insidious forms of bigotry. Urgent action and deep resolve are needed to address this serious problem that is growing across America and around the world. It is present on our campus. I have experienced antisemitism directly, even while serving as president, and I know how damaging it can be to a student who has come to learn and make friends at a college or university.

For the past fifteen months, we have devoted considerable effort to addressing antisemitism. We have strengthened our rules and our approach to disciplining those who violate them. We have enhanced training and education on antisemitism across our campus and introduced measures to support our Jewish community and ensure student safety and security. We have launched programs to promote civil dialogue and respectful disagreement inside and outside the classroom. We have adopted many other reforms, and we will continue to combat antisemitism and to foster a campus culture that includes and supports every member of our community.

We still have much work to do. We will engage with members of the federal government's task force to combat antisemitism to ensure that they have a full account of the work we have done and the actions we will take going forward to combat antisemitism. We resolve to take the measures that will move Harvard and its vital mission forward while protecting our community and its academic freedom. By doing so, we combat bias and intolerance as we create the conditions that foster the excellence in teaching and research that is at the core of our mission.

Much is at stake here. In longstanding partnership with the federal government, we have launched and nurtured pathbreaking research that has made countless people healthier and safer, more curious and more knowledgeable, improving their lives, their communities, and our world. But we are not perfect. Antisemitism is a critical problem that we must and will continue to address. As an institution and as a community, we acknowledge our shortcomings, pursue needed change, and build stronger bonds that enable all to thrive. Our commitment to these ends—and to the teaching and research at the heart of our University—will not waver.

Sincerely,
Alan M. Garber

Published on March 31, 2025

### Security & Brand

Report Copyright Infringement (/copyright-issue)

Report Security Issue (/security-issue)

Trademark Notice (https://trademark.harvard.edu/pages/trademark-notice)

### Website

Accessibility (https://accessibility.harvard.edu/)

Digital Accessibility (https://accessibility.huit.harvard.edu/digital-accessibility-policy)

Privacy Statement (/privacy-statement)

### Get In Touch

Contact Harvard (/contact-harvard)

Maps & Directions (/maps-directions)

Jobs (https://hr.harvard.edu/careers)



(https://www.harvard.edu/)

Copyright © 2025 The President and Fellows of Harvard College