IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>        v.<br><br>DEPARMTENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472 |

## MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

Pursuant to Local Rule 7.1(b)(4), Plaintiff hereby moves for leave to file an overlength memorandum of approximately 50 pages in support of Plaintiff's Motion for a Temporary Restraining Order. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiff has good cause to request leave to file an overlength brief given the stakes of the case, which implicate Harvard's ability to maintain at least a quarter of its student body as well as the immigration status of thousands of Harvard students; the detailed statutory and regulatory regime at issue; the number of counts in the complaint, which span multiple theories under the U.S. Constitution and the Administrative Procedure Act; and the highly compressed timeline Plaintiff had to prepare the brief following the Department of Homeland Security's May 22, 2025 revocation of Plaintiff's SEVP certification. Plaintiff submits that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiff would be amenable to a corresponding extension for any opposition filed by Defendants.

Accordingly, Plaintiff respectfully requests that this Court grant this motion for leave to file an overlength brief.

Concurrently with this motion, counsel for Plaintiff will notify counsel for Defendants of this Motion and its contents by contacting the following individuals at the U.S. Department of Justice by electronic mail:

**Eric J. Hamilton**
Deputy Assistant Attorney General, Federal Programs Branch
eric.hamilton@usdoj.gov

**Alex Haas**
Co-Director, Federal Programs Branch
alex.haas@usdoj.gov

**Diane Kelleher**
Co-Director, Federal Programs Branch
diane.kelleher@usdoj.gov

**John Griffiths**
Co-Director, Federal Programs Branch
john.griffiths@usdoj.gov

**Rayford Farquhar**
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiff has not yet had an opportunity to meet and confer with Defendants' counsel, but Plaintiff is proceeding with this filing given the need for prompt relief as set forth in the memorandum of law in support of Plaintiff's motion for a temporary restraining order.

Dated: May 23, 2025                              Respectfully submitted,

                                                 */s/ Steven P. Lehotsky*
                                                 Steven P. Lehotsky (BBO # 655908)
                                                 LEHOTSKY KELLER COHN LLP
                                                 200 Massachusetts Ave. NW, Suite 700
                                                 Washington, DC 20001

T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts, by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky
