IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>               v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

    The Court hereby grants Plaintiff's Motion for leave to file a memorandum not to exceed 50 pages in length in support of Plaintiff's Motion for a temporary restraining order.

                                                          /s/_____
                                                          District Judge