IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>           v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

The Court hereby grants Plaintiff's Motion and enters a temporary restraining order pursuant to Fed. R. Civ. P. 65(b) against Defendants Department of Homeland Security, Kristi Noem, Immigrations and Customs Enforcement, Todd Lyons, Department of Justice, Pamela Bondi, Student and Exchange Visitor Program, Jim Hicks, Department of State, and Marco Rubio (collectively, "Defendants"). Defendants, their agents, and anyone acting in concert or participation with Defendants are hereby enjoined from:

    A. Implementing, instituting, maintaining, or giving effect to the revocation of Plaintiff's SEVP certification;

    B. Giving any force or effect to the Department of Homeland Security's May 22, 2025 Revocation Notice.

It is so ordered.

                                                               /s/_____
                                                               District Judge