IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. _____ |

**DECLARATION OF STEVEN P. LEHOTSKY IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Steven P. Lehotsky, declare as follows:

1.  I am an attorney at the law firm of Lehotsky Keller Cohn LLP and represent the President and Fellows of Harvard College ("Harvard" or "Plaintiff") in this matter. I make this declaration in support of Plaintiff's emergency motion for a temporary restraining order. I have personal knowledge of the contents of this declaration and could testify thereto.

2.  Attached to the Complaint filed in this action as **Exhibit 1** is a true and correct copy of the Department of Homeland Security's ("DHS") webpage entitled "General Appeals Process Information," also available online at https://studyinthestates.dhs.gov/assets/sevp_appealsstatus.pdf.

3.  Attached to the Complaint filed in this action as **Exhibit 2** is a true and correct copy of Immigration and Customs Enforcement's ("ICE") webpage entitled "Appeal Processing Steps," also available online at https://www.ice.gov/sites/default/files/documents/Document/2016/appealProcessChart.pdf.

1

4. Attached to the Complaint filed in this action as **Exhibit 3** is a true and correct copy of DHS's webpage entitled "Loss of SEVP Certification," also available online at https://studyinthestates.dhs.gov/2014/12/loss-sevp-certification.

5. Attached to the Complaint filed in this action as **Exhibit 4** is a true and correct copy of the Department of Justice press release, issued on February 3, 2025, entitled "Justice Department Announces Formation of Task Force to Combat Anti-Semitism." The press release is also available online at https://www.justice.gov/opa/pr/justice-department-announces-formation-task-force-combat-anti-semitism.

6. Attached to the Complaint filed in this action as **Exhibit 5** is a true and correct copy of an article published on February 26, 2025 in the Jewish News Syndicate, entitled "Head of DOJ Antisemitism Task Force: We'll Put Hamas Supporters in Jail 'for Years.'" The article is also available online at https://www.jns.org/head-of-doj-antisemitism-task-force-well-put-hamas-supporters-in-jail-for-years/.

7. Attached to the Complaint filed in this action as **Exhibit 6** is a true and correct copy of the Department of Justice press release, dated February 28, 2025, entitled "Federal Task Force to Combat Antisemitism Announces Visits to 10 College Campuses that Experienced Incidents of Antisemitism." The press release is also available online at https://www.justice.gov/opa/pr/federal-task-force-combat-antisemitism-announces-visits-10-college-campuses-experienced.

8. Attached to the Complaint filed in this action as **Exhibit 7** is a true and correct copy of the Memorandum from Josh Gruenbaum to Harvard President Alan M. Garber and Lead Member of the Harvard Corporation Penny Pritzker, dated March 31, 2025, entitled "Review of Federal Government Contracts."

9. Attached to the Complaint filed in this action as **Exhibit 8** is a true and correct copy of the Letter from Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler to Harvard President Alan M. Garber and Lead Member of the Harvard Corporation Penny Pritzker, dated April 3, 2025.

10. Attached to the Complaint filed in this action as **Exhibit 9** is a true and correct copy of the Letter from Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler to Harvard President Alan M. Garber and Lead Member of the Harvard Corporation Penny Pritzker, dated April 11, 2025.

11. Attached to the Complaint as **Exhibit 10** is a true and correct copy of Harvard President Alan M. Garber's Letter to the Harvard Community, entitled "The Promise of American Higher Education." The letter is also available online at https://www.harvard.edu/president/news/2025/the-promise-of-american-higher-education/.

12. Attached to the Complaint filed in this action as **Exhibit 11** is a true and correct copy of the Letter from William A. Burck and Robert K. Hur to Josh Gruenbaum, Sean R. Keveney, and Thomas E. Wheeler, dated April 14, 2025.

13. Attached to the Complaint filed in this action as **Exhibit 12** is a true and correct copy of the Freeze Order issued by the U.S. Department of Education to Harvard University, entitled "Joint Task Force to Combat Anti-Semitism Statement Regarding Harvard University," dated April 14, 2025.

14. Attached to the Complaint filed in this action as **Exhibit 13** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on April 15, 2025, at 10:09 AM EST. The post is also available online at https://truthsocial.com/@realDonaldTrump/posts/114342374504628520.

15. Attached to the Complaint filed in this action as **Exhibit 14** is a true and correct copy of an article entitled "Trump Threatens Harvard's Tax Status, Escalating Billion-Dollar Pressure Campaign," published in the *New York Times* on April 15, 2025. The article is also available online at https://www.nytimes.com/2025/04/15/us/politics/trump-harvard-tax-status.html.

16. Attached to the Complaint filed in this action as **Exhibit 15** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on April 16, 2025, at 7:05 AM EST. The post is also available online at https://truthsocial.com/@realDonaldTrump/posts/114347313852363347.

17. Attached to the Complaint filed in this action as **Exhibit 16** is a true and correct copy of DHS's request for records issued to Harvard University on April 16, 2025.

18. Attached to the Complaint filed in this action as **Exhibit 17** is a true and correct copy of the DHS press release entitled "Secretary Noem Terminates $2.7 Million in DHS Grants; Orders Harvard to Prove Compliance with Foreign Student Requirements," dated April 16, 2025. The press release is also available online at https://www.dhs.gov/news/2025/04/16/secretary-noem-terminates-27-million-dhs-grants-orders-harvard-prove-compliance.

19. Attached to the Complaint filed in this action as **Exhibit 18** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on April 24, 2025, at 9:33 AM EST. The post is also available online at https://truthsocial.com/@realDonaldTrump/posts/114393194962253226.

20. Attached to the Complaint filed in this action as **Exhibit 19** is a true and correct copy of the Letter from Steve Bunnell submitted by email to SupportSEVP@ice.dhs.gov accompanying Harvard's production of requested information to DHS, dated April 30, 2025.

21. Attached to the Complaint filed in this action as **Exhibit 20** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on May 2, 2025, at 7:25AM EST. The post is also available online at https://truthsocial.com/@realDonaldTrump/posts/114437989795464761.

22. Attached to the Complaint filed in this action as **Exhibit 21** is a true and correct copy of the Letter from Secretary of Education McMahon to Harvard President Garber, dated May 5, 2025.

23. Attached to the Complaint filed in this action as **Exhibit 22** is a true and correct copy of the email sent from Joseph Mazzara to Steve Bunnell, Kiran Raj, and Charles Wall on May 7, 2025, regarding DHS's follow-up request for student records.

24. Attached to the Complaint filed in this action as **Exhibit 23** is a true and correct copy of the email exchange between Joseph Mazzara, Steve Bunnell, Kiran Raj, and Charles Wall following DHS's request for student records on May 7, 2025.

25. Attached to the Complaint filed in this action as **Exhibit 24** is a true and correct copy of the Letter from Steve Bunnell to Joseph Mazzara accompanying Harvard's production of requested information to DHS, dated May 14, 2025.

26. Attached to the Complaint filed in this action as **Exhibit 25** is a true and correct copy of the Letter from Secretary Kristi Noem to Harvard International Office's Director of Immigration Services Maureen Martin revoking Harvard's SEVP certification, dated May 22, 2025.

27. Attached to the Complaint filed in this action as **Exhibit 26** is a true and correct copy of the post to the website X by Secretary Kristi Noem, dated May 22, 2025, at 2:01pm EST. The post is also available online at https://x.com/Sec_Noem/status/1925612991703052733.

28. Attached to the Complaint filed in this action as **Exhibit 27** is a true and correct copy of the press release entitled "Harvard University Loses Student and Exchange Visitor Program Certification for Pro-Terrorist Conduct," issued by the Department of Homeland Security on May 22, 2025. The press release is also available online at https://www.dhs.gov/news/2025/05/22/harvard-university-loses-student-and-exchange-visitor-program-certification-pro.

29. Attached to the Complaint filed in this action as **Exhibit 28** is a true and correct copy of Harvard President Alan M. Garber's March 31, 2025 Letter to the Harvard Community, entitled "Our Resolve." The letter is also available online at https://www.harvard.edu/president/news/2025/our-resolve/.

Executed this 23rd day of May 2025, in West Newton, Massachusetts.

_____
Steven P. Lehotsky
Lehotsky Keller Cohn LLP
Attorney for Plaintiff