AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| President and Fellows of Harvard College | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-11472 |
| Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date:   05/23/25

s/ Jacob B. Richards
*Attorney's signature*

Jacob B. Richards (BBO # 712103)
*Printed name and bar number*

LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW, Suite 700
Washington, DC 20001
*Address*

jacob@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*