IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472 |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

For purposes of Federal Rule of Civil Procedure 65(b), the President and Fellows of Harvard College ("Plaintiff") has made a sufficient showing that it has provided notice to Defendants Department of Homeland Security, Kristi Noem, Immigration and Customs Enforcement, Todd Lyons, Department of Justice, Pamela Bondi, Student and Exchange Visitor Program, Jim Hicks, Department of State, and Marco Rubio (collectively, "Defendants") and that, unless its Motion for a Temporary Restraining Order ("TRO"), [ECF No. 4 (the "Motion")], is granted, it will sustain immediate and irreparable injury before there is an opportunity to hear from all parties. Thus, a TRO is justified to preserve the status quo pending a hearing and the Plaintiff's Motion is **GRANTED**.

Accordingly, Defendants, their agents, and anyone acting in concert or participation with Defendants are hereby enjoined from:

    A. Implementing, instituting, maintaining, or giving effect to the revocation of Plaintiff's SEVP certification;

    B. Giving any force or effect to the Department of Homeland Security's May 22, 2025 Revocation Notice.

It is so ordered.

May 23, 2025                                                        */s/Allison D. Burroughs*
                                                                    ALLISON D. BURROUGHS
                                                                    U.S. DISTRICT JUDGE