IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

        Plaintiff,

  v.

DEPARTMENT OF ENERGY, et al.,

        Defendants.

Case No. 1:25-cv-11472

**CERTIFICATION IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Lauren J. Hartz, hereby certify:

1. I submit this certification in support of Plaintiffs' Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bar of the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025    */s/ Lauren J. Hartz*
Lauren J. Hartz (D.C. Bar #1029864)
Jenner & Block LLP
1099 New York Avenue N.W., Suite 900
Washington, DC 20001
Tel: (202) 637-6363
Fax: (202) 639-6066
LHartz@jenner.com