**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE, | |
| *Plaintiff*, | Case No. 1:25-cv-11472 |
| v. | |
| DEPARTMENT OF HOMELAND SECURITTY, et al., | |
| *Defendants*. | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF SERENA M. ORLOFF**

COMES NOW Steven P. Lehotsky, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission *pro hac vice* in this case of Serena M. Orloff as counsel for Plaintiff President and Fellows of Harvard College.

Ms. Orloff is a partner in the law firm of Lehotsky Keller Cohn LLP. She is a member of the bar in good standing in every jurisdiction in which she has been admitted to practice; there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; she has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and she has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Steven P. Lehotsky requests that Ms. Orloff be granted leave to appear and practice *pro hac vice* on behalf of President and Fellows of Harvard College in the above-captioned matter.

Dated: May 23, 2025                          Respectfully submitted,

                                             */s/ Steven P. Lehotsky*
                                             Steven P. Lehotsky (BBO # 655908)
                                             LEHOTSKY KELLER COHN LLP
                                             200 Massachusetts Ave. NW, Suite 700
                                             Washington, DC 20001
                                             T: (512) 693-8350
                                             F: (512) 727-4755
                                             steve@lkcfirm.com

                                             *Counsel for Plaintiff*

## LOCAL RULE 7.1 CERTIFICATION

As of the date of this filing, it is unknown who will represent the Defendants in this matter. For that reason, counsel have not had an opportunity to confer regarding this motion.

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky

## CERTIFICATE OF SERVICE

I, Steven P. Lehotsky, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2025.

/s/ *Steven P. Lehotsky*
Steven P. Lehotsky