IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>     *Plaintiff*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>     *Defendants*. | Case No. 1:25-cv-11472 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Katherine C. Yarger, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am a partner in the law firm of Lehotsky Keller Cohn LLP and a member of the bars of Colorado; the U.S. Supreme Court; the U.S. Courts of Appeals for the Fourth, Eighth, Ninth, and Tenth Circuits; and the U.S. District Court for the District of Colorado.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

1

6.       I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025                          */s/ Katherine C. Yarger*
                                                   Katherine C. Yarger (CO # 40387)
                                                   LEHOTSKY KELLER COHN LLP
                                                   700 Colorado Blvd., #407
                                                   Denver, CO 80206
                                                   T: (512) 693-8350
                                                   F: (512) 727-4755
                                                   katie@lkcfirm.com