IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      *Defendants*. | Case No. 1:25-cv-11472 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Joshua P. Morrow, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2. I am counsel in the law firm of Lehotsky Keller Cohn LLP and a member of the bars of Texas and the U.S. Courts of Appeals for the Fifth and Sixth Circuits.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

2

| | |
|---|---|
| Dated: May 23, 2025 | */s/ Joshua P. Morrow*<br>Joshua P. Morrow (TX # 24106345)<br>LEHOTSKY KELLER COHN LLP<br>408 W. 11th Street, 5th Floor<br>T: (512) 693-8350<br>F: (512) 727-4755<br>josh@lkcfirm.com |