IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>      Plaintiff,<br><br>      v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>      Defendants. | Case No. 25-cv-11472 |

## MOTION FOR PRO HAC VICE ADMISSION OF ANDRIANNA KASTANEK

Now comes Steven P. Lehotsky, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Ishan K. Bhabha as counsel for Plaintiff President and Fellows of Harvard College.

Mr. Bhabha is a partner in the law firm of Jenner & Block. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

**WHEREFORE**, Steven P. Lehotsky requests that Mr. Bhabha be granted leave to appear and practice *pro hac vice* on behalf of Plaintiff in the above-captioned matter.

Dated: May 23, 2025

Respectfully submitted,

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky (BBO # 655908)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

## **LOCAL RULE 7.1 CERTIFICATION**

As of the date of this filing, it is unknown who will represent the Defendants in this matter.

For that reason, counsel have not had an opportunity to confer regarding this motion.

　　　　　　　　　　　　　　　　　　　　*/s/ Steven P. Lehotsky*
　　　　　　　　　　　　　　　　　　　　Steven P. Lehotsky

**CERTIFICATE OF SERVICE**

  I, Steven P. Lehotsky, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 23, 2025.

               */s/ Steven P. Lehotsky*
               Steven P. Lehotsky