IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-11472 |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Ishan K. Bhabha, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bars of the District of Columbia and New York.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for

1

the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025                                  */s/ Ishan K. Bhabha*
                                                     Ishan K. Bhabha (D.C. Bar #1015673; N.Y. Bar #4812194)
                                                     Jenner & Block LLP
                                                     1099 New York Avenue NW, Suite 900
                                                     Washington, D.C. 20001
                                                     Tel: (202) 637-6327
                                                     Fax: (202) 639-6066
                                                     IBhabha@jenner.com

2