IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No. 25-cv-11472 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the U.S. District Court for the District of Massachusetts, I, Ian Heath Gershengorn, hereby certify:

1. I submit this certification in support of Plaintiff's Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the bars of Massachusetts and the District of Columbia.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the U.S. District Court for

1

the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2025  /s/ *Ian Heath Gershengorn*
Ian Heath Gershengorn (565733)
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, D.C. 20001
Tel: (202) 639-6869
IGershengorn@jenner.com