**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11472-ADB |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Robert K. Hur, hereby certify:

1.  I submit this certification in support of Plaintiff's Motion for Admission *Pro Hac Vice*.

2.  I am a partner in the law firm of King & Spalding LLP and a member of the bars of the District of Columbia and Maryland.

3.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

1

Dated: May 23, 2025                    */s/ Robert K. Hur*
                                       Robert K. Hur
                                         D.C. Bar No. 496269
                                         MD Bar No. 1112210006
                                       KING & SPALDING LLP
                                       1700 Pennsylvania Ave. NW, Suite 900
                                       Washington, DC 20006
                                       T: (202) 383-8969
                                       F: (202) 626-3737
                                       rhur@kslaw.com