AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

President and Fellows of Harvard College  )
*Plaintiff*  )
v.  )   Case No. 25-cv-11472
Department of Homeland Security  )
*Defendant*  )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date:   05/23/2025

/s/ Ishan K. Bhabha
*Attorney's signature*

Ishan K. Bhabha (D.C .Bar # 1015673)
*Printed name and bar number*

1099 New York Avenue N.W. Suite 900
Washington, D.C. 20001

*Address*

IBhabha@jenner.com
*E-mail address*

(202) 637-6327
*Telephone number*

(202) 639-6066
*FAX number*