AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11472 |
| Department of Homeland Security | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/23/2025

/s/ Lauren J. Hartz
*Attorney's signature*

Lauren J. Hartz (D.C. Bar No. 1029864)
*Printed name and bar number*

1099 New York Ave. NW
Suite 900
Washington DC 20001
*Address*

LHartz@jenner.com
*E-mail address*

(202) 639-6000
*Telephone number*

(202) 639-6066
*FAX number*