AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| President and Fellows of Harvard College | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11472 |
| Department of Homeland Security | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date:   05/27/2025

/s/Andrianna Kastanek
*Attorney's signature*

Andrianna Kastanek (Ill. Bar No. 6286554)
*Printed name and bar number*

353 N Clark Street
Chicago, IL 60654

*Address*

AKastanek@jenner.com
*E-mail address*

(312) 222-9350
*Telephone number*

(312) 527-0484
*FAX number*