AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

President and Fellows of Harvard College )
*Plaintiff* )
v. ) Case No. 25-cv-11472
Department of Homeland Security, et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/27/2025

/s/ Serena M. Orloff
*Attorney's signature*

Serena M. Orloff
*Printed name and bar number*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave NW, Suite 700
Washington, DC 20001

*Address*

serena@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*