AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cv-11472 |
| Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date:     05/27/2025

/s/ Katherine C. Yarger
*Attorney's signature*

Katherine C. Yarger (CO SBN 40387)
*Printed name and bar number*

LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO  80206
*Address*

katie@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*