AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| President and Fellows of Harvard College | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25-cv-11472 |
| Department of Homeland Security, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/27/2025

/s/ Shannon G. Denmark
*Attorney's signature*

Shannon G. Denmark (DC SBN 1617283)
*Printed name and bar number*
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW, Suite 700
Washington, DC 20001

*Address*

shannon@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*