AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President of Fellows of Harvard College ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-11472 |
| Department of Homeland Security, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/27/2025

/s/ Danielle K. Goldstein
*Attorney's signature*

Danielle K. Goldstein (GA SBN 639918)
*Printed name and bar number*
LEHOTSKY KELLER COHN LLP
3280 Peachtree Road, NE
Atlanta, GA  30305

*Address*

danielle@lkfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*