AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11472 |
| Department of Homeland Security, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/27/2025

/s/ Joshua P. Morrow
*Attorney's signature*

Joshua P. Morrow (TX SBN 24106345)
*Printed name and bar number*

LEHOTSKY KELLER COHN LLP
408 W. 11th Street, 5th Floor
Austin, TX 78701

*Address*

josh@lkcfirm.com
*E-mail address*

(512) 693-8350
*Telephone number*

(512) 727-4755
*FAX number*