AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-11472 |
| Department of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/27/2025

/s/ Robert K. Hur
*Attorney's signature*

Robert K. Hur (D.C. Bar No. 496269)
*Printed name and bar number*

King & Spalding LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
*Address*

RHur@kslaw.com
*E-mail address*

(202) 383-8969
*Telephone number*

(202) 626-3737
*FAX number*