AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| President and Fellows of Harvard College ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-11472-ADB |
| Department of Homeland Security et. al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All of the Defendants                                                                                                    .

Date:    05/28/2025                                            /s/ Tiberius Davis
                                                                           *Attorney's signature*

                                                                           Tiberius Davis, DC Bar No. 90020605
                                                                           *Printed name and bar number*
                                                                           950 Pennsylvania Avenue NW,
                                                                           Washington, DC 20004

                                                                           *Address*

                                                                           Tiberius.Davis@usdoj.gov
                                                                           *E-mail address*

                                                                           (202) 890-9670
                                                                           *Telephone number*

                                                                           *FAX number*

[Print]    [Save As...]                                                    [Reset]