AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| President and Fellows of Harvard College | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-11472-ADB |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

President and Fellows of Harvard College.

Date: 05/28/2025

/s/ William A. Burck
*Attorney's signature*

William A. Burck (4015426 (NY), 979677 (DC))
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20009
*Address*

williamburck@quinnemanuel.com
*E-mail address*

(202) 538-8120
*Telephone number*

(202) 538-8100
*FAX number*