UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | CIVIL ACTION<br>NO. 25-cv-11472 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as an attorney for the proposed amicus curiae, the Commonwealth of Massachusetts, in the above-entitled matter.

Respectfully submitted,

THE COMMONWEALTH OF MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General for the Commonwealth of Massachusetts

 /s/ *Tasha Bahal*
Tasha Bahal, BBO# 675935
*Deputy State Solicitor*
One Ashburton Place
Boston, MA 02108
617-963-2066
Tasha.Bahal@mass.gov

## CERTIFICATE OF SERVICE

I, Tasha Bahal, hereby certify that I have this day, May 28, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

/s/ Tasha Bahal
Tasha Bahal