UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>       Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>       Defendants. | CIVIL ACTION<br>NO. 25-cv-11472 |

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE THE COMMONWEALTH OF MASSACHUSETTS IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Proposed Amicus Curiae the Commonwealth of Massachusetts moves for leave to file an amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 4, 9). In support of the motion, the Commonwealth asserts the following:

1. The Commonwealth is a sovereign state that is home to thousands of noncitizen residents, including international students and faculty, who are affected by the Trump Administration's revocation of Harvard College's Student Exchange Visitor Program (SEVP) certification, which the Plaintiffs' motion for preliminary injunction seeks to enjoin. Indeed, international students within the Commonwealth have already been told they must transfer schools or risk losing their lawful immigration status, which could lead to their arrest, detention, and deportation.

2. The Commonwealth supports Plaintiffs' Motion for a Preliminary Injunction because Massachusetts, its colleges and universities, and its noncitizen residents will all be irreparably harmed if the SEVP revocation is allowed to continue.

1

3. It is within a court's "sound discretion" whether to permit amicus briefing. *Strasser v. Doorley*, 432 F.2d 567, 569 (1st Cir. 1970). Amicus briefing may be permitted "to assist the court in cases of great public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by insuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 308 F.R.D. 39, 52 (D. Mass.), *aff'd*, 807 F.3d 472 (1st Cir. 2015) (internal citations and quotations omitted).

4. The proposed brief will assist the Court in its consideration of the pending motion because the Commonwealth can speak to the benefits that international students bring to our communities and the irreparable harm the SEVP revocation will inflict on the Commonwealth and to academic freedom. Unless enjoined, the SEVP revocation will greatly undermine our academic traditions, threaten our economic prosperity, and weaken our position as global leaders in innovation and education.

5. Counsel has conferred with counsel of record for the parties in this case and the Plaintiffs and Defendants do not oppose this motion.

6. The Commonwealth includes as an exhibit to this motion its proposed amicus brief.

## CONCLUSION

For the foregoing reasons, the Commonwealth of Massachusetts respectfully requests that the Court grant the motion for leave to file an amicus brief in support of Plaintiffs' Motion for a Preliminary Injunction (ECF Nos. 4, 9).

Respectfully submitted,

THE COMMONWEALTH OF
MASSACHUSETTS

By and through its attorneys,

ANDREA JOY CAMPBELL
Attorney General for the Commonwealth of
Massachusetts

 /s/ *Tasha Bahal*
Tasha J. Bahal, BBO # 675935
*Deputy State Solicitor*
1 Ashburton Pl.
Boston, MA 02108
617-963-2066
tasha.bahal@mass.gov

## **CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1**

      I, Tasha Bahal, Deputy State Solicitor, hereby certify that I have conferred with counsel of record for the parties in this case via email on May 27, 2025 in a good faith attempt to resolve and narrow the issues posed by the motion. I further certify that the motion is unopposed.

                          /s/ *Tasha Bahal*
                          Tasha Bahal
                          Deputy State Solicitor

## CERTIFICATE OF SERVICE

    I, Tasha Bahal, hereby certify that I have this day, May 28, 2025, served the foregoing document upon all parties of record, by electronically filing to all ECF-registered parties and by sending a copy, first-class mail, postage prepaid to all unregistered parties.

                                                        /s/ *Tasha Bahal*
                                                    Tasha Bahal
                                                    Deputy State Solicitor