# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:25–CV–11472–ADB** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Leah Belaire Foley**
**U.S. Attorney, U.S. Distrct Court for the District of Massachusetts**
**John Joseph Moakley United States Federal Courthouse, 1 Courthouse Way, Suite 9200**
**Boston, MA 02210**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ALL COUNSEL OF RECORD.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ – Nilsa Barbosa**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025–05–23 10:18:14**, Clerk USDC DMA

Civil Action No.: **1:25-CV-11472-ADB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Leah Belaire Foley, U.S. Attorney, U.S. District Court for the District of Massachusetts
was received by me on (date) 5/27/25.

☐ I personally served the summons on the individual at (place) _____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) Nancy Rojas, who is designated by law to accept service of process on behalf of (name of organization) Leah Belaire Foley, U.S. Attorney for the District of Massachusetts on (date) 5/27/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $140.00 for travel and $_____ for services, for a total of $140.00.

I declare under penalty of perjury that this information is true.

5/27/25
Date

Server's Signature

Merrill Smallwood, Constable
Printed name and title

71 Commercial St 102 Boston, MA
Server's Address

Additional information regarding attempted service, etc:
Summons and Complaint