UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMETN OF HOMELAND SECURITY,<br>KRISTI NOEM, in her official capacity as Secretary of the US DHS,<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>TODD LYONS, in his official capacity as Acting Director of United States Immigration and Customs Enforcement,<br>STUDENT AND EXCHANGE VISITOR PROGRAM,<br>JOHN DOE, in their official capacity as Director of the Student and Exchange Visitor Program,<br>JAMES HICKS, in his official capacity as Deputy Assistant Director of the Student and Exchange Visitor Program,<br>UNITED STATES DEPARTMENT OF JUSTICE,<br>PAMELA BONDI, in her official capacity as Attorney General of the United States,<br>UNITED STATES DEPARTMETN OF STATE,<br>MARCO RUBIO, in his official capacity as Secretary of the United States Department of State,<br><br>.<br>    Defendants. | CA No.: 1:25-CV-11472-ADB |

## **NOTICE OF APPEARANCE**

    Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

Respectfully submitted,

LEAH B FOLEY
United States Attorney

Dated: May 29, 2025          By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 29, 2025          By:   */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney