# Exhibit 29



### ← Truth Details
4792 replies

**Donald J. Trump** ✅
@realDonaldTrump

I am considering taking Three Billion Dollars of Grant Money away from a very antisemitic Harvard, and giving it to TRADE SCHOOLS all across our land. What a great investment that would be for the USA, and so badly needed!!!

**9.77k** ReTruths  **41.7k** Likes                                May 26, 2025, 8:27 AM