# Exhibit 30





← **Truth Details**
2462 replies

•••

**Donald J. Trump** ✓
@realDonaldTrump

We are still waiting for the Foreign Student Lists from Harvard so that we can determine, after a ridiculous expenditure of BILLIONS OF DOLLARS, how many radicalized lunatics, troublemakers all, should not be let back into our Country. Harvard is very slow in the presentation of these documents, and probably for good reason! The best thing Harvard has going for it is that they have shopped around and found the absolute best Judge (for them!) - But have no fear, the Government will, in the end, WIN!

**7.02k** ReTruths   **30.5k** Likes                           May 26, 2025, 8:42 AM

