# Exhibit 37



**News**

ANNOUNCEMENTS

# HKUST Opens Doors to Harvard Students Amid Global Academic Shifts

**Top-ranked Hong Kong University Welcomes International Harvard Students to Transfer or Enroll in Degree Programs**

**2025-05-23**



**04**   Quality Education

**10**   Reduced Inequalities

Home  /  News & Stories  /  News  /

#Student Development   #Teaching and Learning

Download Media Packs     Subscribe Now



The Hong Kong University of Science and Technology (HKUST) today announced an open invitation to international undergraduate and postgraduate students currently enrolled at Harvard University, as well as those holding confirmed offers for Harvard degree programs, to continue their academic pursuits at HKUST. This initiative comes in response to evolving global academic landscapes and reinforces HKUST's commitment to fostering a diverse, world-class learning environment.

As a leading international institution ranked among the top universities globally, HKUST is extending this opportunity to ensure talented students can pursue their educational goals without disruption. The university will provide **unconditional offers, streamlined admission procedures, and academic support** to facilitate a seamless transition for interested students."

## A Global Hub for Innovation and Inclusion

HKUST, renowned for its cutting-edge research, innovation-driven programs, and multicultural campus, emphasizes inclusivity and academic excellence. "Diversity fuels creativity and progress," said Prof. GUO Yike, Provost at HKUST. "We are prepared to welcome Harvard students into our community, offering them the resources and vibrant environment needed to thrive in their fields."

## Support for Transitioning Students

The university will prioritize expedited admissions, credit transfers, and tailored support—including visa assistance and housing—to ensure a smooth transition. A dedicated team has been established to assist students with admissions, credit transfers, housing, and visa logistics. Interested individuals are encouraged to contact hkust-Harvard@ust.hk for personalized guidance.

**About The Hong Kong University of Science and Technology**

The Hong Kong University of Science and Technology (HKUST) (https://hkust.edu.hk/) is a world-class university that excels in driving innovative education, research excellence, and impactful knowledge transfer. With a holistic and interdisciplinary pedagogy approach, HKUST was ranked 3rd in the Times Higher Education's Young University Rankings 2024, 19th Worldwide and No.1 in Hong Kong in Times Higher Education's impact Rankings. Thirteen HKUST subjects were ranked among the world's top 50 in the QS World University Rankings by Subject 2025, with "Data Science and Artificial Intelligence" holding the 17th place, maintaining its position as first in Hong Kong. Our graduates are highly competitive, consistently ranking among the world's top 30 most

6/5/25, 3:42 AM    HKUST Opens Doors for Harvard Students Amid Global Academic Shifts | The Hong Kong University of Science and Technology

Case 1:25-cv-11472-ADB   Document 54-8   Filed 06/05/25   Page 4 of 4

sought-after employees. In terms of research and entrepreneurship, over 80% of our work was rated "Internationally excellent" or world leading" in the latest Research Assessment Exercise 2020 of Hong Kong's University Grants Committee. As of May 2025, HKUST members have founded over 1,800 active start-ups, including 10 Unicorns and 17 exits (IPO or M&A)

## Sign Up for Our Latest News

Stay informed with the latest updates, events, and breakthroughs from HKUST.

Enter Your Email

## Latest News



News

RESEARCH, CHEMISTRY

**HKUST Chemists Innovate in the Synthesis of Chiral Bridged Polycyclic Compounds**

2025-06-04

News

PARTNERSHIP, MEDICAL EDUCATION

**HKUST Partners with Tung Wah College to Advance Interdisciplinary Healthcare Education**

2025-06-04

+ Follow HKUST

           

   

Privacy  |  Sitemap  |  Accessibility  |  Directory

 HKUST

Copyright © The Hong Kong University of Science and Technology. All rights reserved.