IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARMTENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472-ADB |

**<u>MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES</u>**

Pursuant to Local Rule 7.1(b)(4), Plaintiff hereby moves for leave to file an overlength memorandum of approximately 33 pages in support of Plaintiff's Motion for a Temporary Restraining Order, which addresses new developments that necessitate emergency relief since the Court issued its original temporary restraining order on May 23, 2025 (ECF No. 11). *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiff has good cause to request leave to file an overlength brief given the stakes of the case, which continue to implicate the immigration status of thousands of Harvard students and Harvard's ability to maintain a quarter of its student body; the detailed statutory and regulatory regime at issue; the number of counts in the complaint, which span multiple theories under the U.S. Constitution, the Administrative Procedure Act, and the Immigration and Nationality Act; and the highly compressed timeline Plaintiff had to prepare the brief following the President's June 4, 2025 Proclamation Entitled "Enhancing National Security by Addressing Risks at Harvard University." Plaintiff submits that additional space to develop necessary factual background and address the governing legal principles (some of which now involve new statutory provisions not

1

addressed in Harvard's prior briefing) will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiff would be amenable to a corresponding extension for any opposition filed by Defendants. Accordingly, Plaintiff respectfully requests that this Court grant this Motion for Leave to File an overlength brief.

On June 5, 2025, counsel for Plaintiff notified counsel for Defendants regarding the contents of this Motion. Pursuant to Local Rule 7.1, counsel for Plaintiff provided notice of the contents of this Motion to the following individuals at the U.S. Department of Justice by electronic mail:

**Tiberius Davis**
U.S. Department of Justice, Civil Division
tiberius.davis@usdoj.gov

**Rayford Farquhar**
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

Plaintiff has not yet had an opportunity to meet and confer with Defendants' counsel, but Plaintiff is proceeding with this filing given the need for prompt relief as set forth in the memorandum of law in support of Plaintiff's Motion for a Temporary Restraining Order.

Dated: June 5, 2025

Respectfully submitted,

*/s/ Steven P. Lehotsky*
Steven P. Lehotsky (BBO # 655908)
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
steve@lkcfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this June 5, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

                                                      */s/ Steven P. Lehotsky*
                                                      Steven P. Lehotsky