# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472-ADB |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

The Court hereby grants Plaintiff's Motion for leave to file a memorandum not to exceed 33 pages in length in support of Plaintiff's Motion for a temporary restraining order.

/s/ _____
Allison D. Burroughs

United States District Judge

Date _____