IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472-ADB |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

The Court hereby grants Plaintiff's Motion and enters a temporary restraining order pursuant to Fed. R. Civ. P. 65(b) against Defendants Department of Homeland Security, Kristi Noem, Immigrations and Customs Enforcement, Todd Lyons, Department of Justice, Pamela Bondi, Student and Exchange Visitor Program, Jim Hicks, Department of State, and Marco Rubio (collectively, "Defendants"). Defendants, their agents, and anyone acting in concert or participation with Defendants are hereby enjoined from: Implementing, instituting, maintaining, enforcing, or giving force or effect to the June 4, 2025 Presidential Proclamation titled, "Enhancing National Security by Addressing Risks at Harvard University."

In addition, for good cause shown and pursuant to Fed. R. Civ. P. 65(b)(2), the Court hereby extends its May 23, 2025 temporary restraining order (ECF. No. 11) against implementation of the Department of Homeland Security's May 22, 2025 revocation of Harvard's authority to sponsor F and J non-immigrant visa holders. Harvard's claims challenging that revocation are reasserted in

Harvard's Amended Complaint. The May 23 temporary restraining order is therefore extended until June 20, 2025, or such earlier time as a preliminary injunction order can be issued.

It is so ordered.

/s/
Allison D. Burroughs

United States District Judge

Date _____