IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

    Plaintiff,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

    Defendants.

Case No. 1:25-cv-11472-ABD

**SUPPLEMENTAL DECLARATION OF STEVEN P. LEHOTSKY
IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION
FOR A TEMPORARY RESTRAINING ORDER**

I, Steven P. Lehotsky, declare as follows:

1. I am a partner at the law firm of Lehotsky Keller Cohn LLP and represent the President and Fellows of Harvard College ("Harvard" or "Plaintiff") in this matter. I make this supplemental declaration in support of Plaintiff's Emergency Motion for a Temporary Restraining Order. I have personal knowledge of the contents of this declaration and could testify thereto.

2. This declaration supplements my prior declaration in this matter, ECF No. 4-3, and specifically addresses new exhibits attached to the Amended Complaint but not the original Complaint. For ease of reference, Exhibits 1 through 28 for the Amended Complaint are the same as Exhibits 1 through 28 attached to the original Complaint, and those exhibits were verified in my original declaration, ECF No. 4-3, and I reincorporate those verifications here.

3. Attached to the Amended Complaint as **Exhibit 29** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on May 26, 2025, at 8:27 AM EST, also available online at https://truthsocial.com/@realDonaldTrump/posts/114574126417705588.

1

4. Attached to the Amended Complaint as **Exhibit 30** is a true and correct copy of President Donald J. Trump's post to the website Truth Social on May 26, 2025, at 8:42 AM EST, also available online at https://truthsocial.com/@realDonaldTrump/posts/114574185207174304.

5. Attached to the Amended Complaint as **Exhibit 31** is a true and correct copy of an article titled, "White House convenes meeting to brainstorm new Harvard measures," published by POLITICO on May 29, 2025. The article is also available online at https://www.politico.com/news/2025/05/30/white-house-convenes-meeting-to-brainstorm-new-harvard-measures-00376782.

6. Attached to the Amended Complaint as **Exhibit 32** is a true and correct copy of an article titled, "Universities quietly negotiating with White House aide to try to avoid Harvard's fate, source says," published by CNN on May 31, 2025. The article is also available online at https://www.cnn.com/2025/05/31/politics/universities-negotiate-trump-administration-harvard.

7. Attached to the Amended Complaint as **Exhibit 33** is what has been publicly reported as the content of the May 30, 2025, cable issued by the Department of State with the subject line, "ACTION REQUEST – Enhanced vetting for All Nonimmigrant Visa Applicants Traveling to Harvard University."

8. Attached to the Amended Complaint as **Exhibit 34** is a true and correct copy of an article titled, "State begins rolling out expanded student vetting – starting with Harvard," published by POLITICO on May 30, 2025. The article is also available online at https://www.politico.com/news/2025/05/30/state-implements-reviews-of-harvard-visa-applicants-social-media-accounts-00375921.

9. Attached to the Amended Complaint as **Exhibit 35** is a true and correct copy of the Presidential Proclamation issued by President Donald J. Trump on June 4, 2025, titled, "Enhancing National Security by Addressing Risks at Harvard University." The Proclamation is also available

online at https://www.whitehouse.gov/presidential-actions/2025/06/enhancing-national-security-by-addressing-risks-at-harvard-university/.

10. Attached to the Amended Complaint as **Exhibit 36** is a true and correct copy of the White House webpage titled, "Fact Sheet: President Donald J. Trump Restricts Foreign Student Visas at Harvard University." The Fact Sheet is also available online at https://www.whitehouse.gov/fact-sheets/2025/06/fact-sheet-president-donald-j-trump-restricts-foreign-student-visas-at-harvard-university/.

11. Attached to the Amended Complaint as **Exhibit 37** is a true and correct copy of the press release titled, "HKUST Opens Doors to Harvard Students Amid Global Academic Shifts," published on May 23, 2025. The press release is also available online at https://www.prnewswire.com/news-releases/hkust-opens-doors-to-harvard-students-amid-global-academic-shifts-302464079.html.

Executed this 5th day of June 2025, in West Newton, Massachusetts.

_____

Steven P. Lehotsky