IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>    Plaintiff,<br><br>            v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-11472-ADB |

**ORDER GRANTING PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING ORDER**

For purposes of Federal Rule of Civil Procedure 65(b), the President and Fellows of Harvard College ("Plaintiff") has made a sufficient showing that it has provided notice to Defendants Department of Homeland Security, Kristi Noem, Immigration and Customs Enforcement, Todd Lyons, Department of Justice, Pamela Bondi, Student and Exchange Visitor Program, Jim Hicks, Department of State, and Marco Rubio (collectively, "Defendants") and that, unless its Motion for a Temporary Restraining Order ("TRO"), [ECF No. 56 (the "Motion")], is granted, it will sustain immediate and irreparable injury before there is an opportunity to hear from all parties. Thus, a TRO directed at the June 4, 2025 Presidential Proclamation titled, "Enhancing National Security by Addressing Risks at Harvard University" (the "Presidential Proclamation"), as well as the continuation of the earlier issued May 23, 2025 temporary restraining order, [ECF. No. 11], is warranted to preserve the status quo pending a hearing, and the Plaintiff's Motion is **GRANTED**.

1

Accordingly, Defendants, their agents, and anyone acting in concert or participation with Defendants are hereby enjoined from: Implementing, instituting, maintaining, enforcing, or giving force or effect to the Presidential Proclamation. This TRO shall become effective immediately upon entry by this Court. It shall remain in effect until further order of this Court.

In addition, for good cause shown and pursuant to Fed. R. Civ. P. 65(b)(2), the Court will extend its May 23, 2025 temporary restraining order, [ECF No. 11], against implementation of the Department of Homeland Security's May 22, 2025 revocation of Harvard's authority to sponsor F and J non-immigrant visa holders in a continued effort to maintain the status quo and ensure fairness to all as this case proceeds. The May 23 temporary restraining order is therefore extended until June 20, 2025, or such earlier time as a preliminary injunction order can be issued.

It is so ordered.

June 5, 2025

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE