# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE**<br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.**<br>*Defendant* | Civil Action No.:<br>**1:25−CV−11472−ADB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**U.S. Immigration and Customs Enforcement**
**500 12th Street SW**
**Washington, DC 20536**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ALL COUNSEL OF RECORD.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

 **/s/ − Nilsa Barbosa**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−05−23 10:18:14**, Clerk USDC DMA

Civil Action No.: **1:25−CV−11472−ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) __U.S. Immigration and Customs Enforcement__

was received by me on (date)__05/23/2025__.

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☒ Other (specify): I served the U.S. Immigration and Customs Enforcement by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the U.S. Immigration and Customs Enforcement on 5/27/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ __0.00__ for travel and $__0.00__ for services, for a total of $__0.00__.

I declare under penalty of perjury that this information is true.

__06/12/2025__
*Date*

__/s/ Lauren J. Hartz__
*Server's Signature*

__Lauren J. Hartz, Attorney for Plaintiff__
*Printed name and title*

Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
__Washington, DC 20001__
*Server's Address*

Additional information regarding attempted service, etc:
I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 5/27/2025 and (2) serving a copy of the complaint and summons on the U.S. attorney's office for the District of Massachusetts on 5/27/2025. Please see Dkt. 44 and the attached USPS receipt and delivery confirmation.

G  usps tracking

All  Images  Short videos  Shopping  Forums  Videos  News  More  Tools

**Track your package**
Data provided by USPS

Tracking number 9589071052701725567271

**Delivered**
June 02, 08:04AM
Washington, DC

View details on USPS

Call 1-800-275-8777

Track another package

USPS
https://tools.usps.com

## USPS Tracking

**USPS.com® - USPS Tracking**
Your tracking number can be found in the following places

**Where is my package?**
Learn about USPS® package tracking statuses and find out ...

**USPS Retail Customer**
USPS Tracking® - The Basics · USPS Package Intercept ...

**Service alerts**
USPS Service Alerts provide information to consumers, small ...