# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **PRESIDENT AND FELLOWS OF HARVARD COLLEGE** | |
| *Plaintiff* | Civil Action No.: |
| v. | **1:25−CV−11472−ADB** |
| **UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Student Exchange and Visitor Program**
**Department of Homeland Security/U.S. Immigration and Customs Enforcement**
**500 12th Street SW, Stop 5600**
**Washington, DC 20536**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**ALL COUNSEL OF RECORD.**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ − Nilsa Barbosa**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2025−05−23 10:18:14**, Clerk USDC DMA

Civil Action No.: **1:25–CV–11472–ADB**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) Student Exchange and Visitor Program Department of Homeland Security/U.S. Immigration and Customs Enforcement

was received by me on (date) 05/23/2025 .

☐ I personally served the summons on the individual at (place) _____

_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____

_____, a person of suitable age and discretion who resides there,

on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is

designated by law to accept service of process on behalf of (name of organization) _____

_____ on (date) _____; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : I served the Student Exchange and Visitor Program Department of Homeland Security/U.S. Immigration and Customs Enforcement by serving the United States (see below) and by sending a copy of the summons and of the complaint by USPS certified mail to the Student Exchange and Visitor Program Department of Homeland Security/U.S. Immigration and Customs Enforcement on 5/27/2025. Please see the attached USPS receipt and delivery confirmation.

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

06/12/2025
_____
Date

_____
/s/ Lauren J. Hartz
*Server's Signature*

Lauren J. Hartz, Attorney for Plaintiff
_____
*Printed name and title*

Jenner & Block LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
_____
*Server's Address*

Additional information regarding attempted service, etc:

I served the United States by (1) sending a copy of the complaint and summons by USPS certified mail to the Attorney General of the United States on 5/27/2025 and (2) serving a copy of the complaint and summons on the U.S. attorney's office for the District of Massachusetts on 5/27/2025. Please see Dkt. 44 and the attached USPS receipt and delivery confirmation.



    

All   Images   Short videos   Shopping   Forums   Videos   News   More ▾                    Tools ▾

### Track your package
Data provided by USPS

Tracking number 9589071052701725567318

**Delivered** ✓
June 02, 08:04AM
Washington, DC

🌐  View details on USPS

📞  Call 1-800-275-8777

🚚  Track another package

USPS
https://tools.usps.com

## USPS Tracking

### USPS.com® - USPS Tracking
Your tracking number can be found in the following places ...

### Where is my package?
Learn about USPS® package tracking statuses and find out ...

### USPS Retail Customer
USPS Tracking® - The Basics · USPS Package Intercept ...

### Service alerts
USPS Service Alerts provide information to consumers, small ...