IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-11472-ADB |

## SECOND SUPPLEMENTAL DECLARATION OF MAUREEN MARTIN

I, Maureen Martin, declare as follows:

1. I am the Director of Immigration Services in the Harvard International Office ("HIO") at Harvard University. I am also Harvard's Principal Designated School Official, or PDSO, for purposes of the Student and Exchange Visitor Program ("SEVP").

2. This is my second supplemental declaration. In my first supplemental declaration, dated May 28, 2025, I provided information about the ongoing harm caused by the Revocation Notice I received from Secretary Noem on May 22, 2025. In this declaration, I address the continued harm from the Revocation Notice as well as more recent actions by the government related to Harvard's ability to sponsor international students and scholars on nonimmigrant visas.

3. I have personal knowledge of the contents of this supplemental declaration or have knowledge of the matters based on my review of information and records gathered by Harvard personnel, and I could testify to these matters.

1

**Presidential Proclamation**

4. On the evening of June 4, President Trump issued a Proclamation entitled "Enhancing National Security by Addressing Risks at Harvard University" (the "Presidential Proclamation"), which immediately suspended the entry of nonimmigrant F, M, and J visa holders hosted by Harvard and directed the Secretary of State to consider revoking visas of individuals already here.

5. Shortly after issuing the Proclamation, President Trump stated about the Proclamation: "We want to have foreign students, but we want them to be checked. You know, in the case of Harvard and Columbia, and others, all we want to do is see their list. …. Harvard didn't want to give us the list. They're gonna be giving us the list now. I think they're starting to behave actually, if you want to know the truth."[1]

6. To be clear, the government's own database—the Student and Exchange Visitor Information System ("SEVIS")—contains a comprehensive list of all Harvard international students on F, M, and J visas, including details about their country of citizenship, admission to the United States, enrollment, and more. At no point has this "list" been kept from the government. The claim that the government does not know which student visa holders are studying at Harvard makes no sense; it is the government that approves their visas and admits them into the country.

7. At 9:53 PM ET on June 5, the Court issued a temporary restraining order ("TRO") enjoining Defendants from "[i]mplementing, instituting, maintaining, enforcing, or giving force or effect to the Presidential Proclamation."

---

[1] The White House, *President Trump Participates in a Bilateral Meeting with the Chancellor of Germany*, YouTube (June 5, 2025), at 6:40, https://www.youtube.com/watch?v=BmD3sN-XWHU.

8. Following the issuance of the Presidential Proclamation, Harvard and its visa holders suffered serious consequences—and continue to suffer those consequences even after entry of the Court's TRO.

### Refusal of Entry to the United States

9. During the short time the Presidential Proclamation was in effect, and for some time after entry of the Court's TRO, Customs and Border Protection ("CBP") at Logan International Airport ("Logan") detained Harvard visa holders and refused to admit them into the United States.

10. Making the Presidential Proclamation effective immediately—rather than setting an effective date in the future—caused significant confusion and disruption, given that visa holders were literally in the air on the way to Boston when the Proclamation issued.

11. I called CBP at Logan on the Wednesday night that the Proclamation issued to ask what would happen to people who were already in the air, but they did not seem to know the answer.

12. Throughout the day on Thursday, June 5, an unknown number of individuals on at least two flights arriving at Logan were sent to secondary inspection, a form of enhanced security screening, where they were detained for many hours with no ability to contact anyone. Even into Friday morning, HIO fielded inquiries from the families of international students and scholars who had no idea where their loved ones were. I personally contacted CBP three or four times about the missing visa holders, but CBP was not able to confirm or deny that the visa holders were still in secondary inspection. I also offered to send them a copy of the Court's TRO, but they said they were waiting on guidance from "HQ."

13. One of the visa holders in secondary inspection was an incoming J-1 scholar in the School of Engineering and Applied Sciences. He was put in secondary inspection for six hours and then told that he could not enter the United States due to the Presidential Proclamation. A CBP

official told him that he had the option to withdraw his request for admission. In secondary inspection, CBP took his phone so he could not contact his friends, family, or legal counsel. He was sent back to China before he could contact HIO, and his passport was stamped to indicate that he chose to withdraw from entering.

14. Another Harvard student intern J-1 visa holder and her father landed at 1:39 PM ET on June 5 and were placed in secondary inspection. As of that evening, the sister of the Harvard student—who was supposed to pick up her family members from the airport—still had not heard from them. The father was finally admitted on a tourist visa around 10:00 PM ET. CBP officers told the Harvard student intern that due to the "situation" with Harvard, she had the choice to either withdraw her admission or sign an expedited removal order. She agreed to withdraw her admission and return to India on June 6. Following entry of the Court's TRO, she was admitted into the United States just hours before her return flight.

15. Yet another J-1 visa holder bound for Harvard Medical School was denied entry at Logan and returned to India on June 6, following entry of the Court's TRO.

**Visa Application Denials**

16. For some time after entry of the Court's TRO, at least one U.S. consulate continued to deny visas to applicants affiliated with Harvard, pursuant to the Presidential Proclamation.

17. On June 6, the day after entry of the Court's temporary restraining order, two applicants were denied visas by the U.S. Consulate in Munich. One was a postdoctoral researcher in Harvard's Physics Department who was seeking a visa renewal because he had a two-year appointment at Harvard that was extended for a third year. He was given a sheet of paper dated June 6 that said, "This office regrets to inform you that it is unable to issue a visa to you because you have been found ineligible to receive a visa under the following section(s) of the Immigration

4

and Nationality Act." There was only item on the list that followed, which was checked: "Section 212(f) pursuant to Presidential Proclamation (PP) 'Enhancing National Security by Addressing Risks at Harvard University' of June 4, 2025." The researcher told the consular officer that the Court had issued a TRO the prior evening, but the consular officer reportedly replied, "I receive my orders from Washington."

18.   A second applicant applying for an F-1 visa to attend Harvard Business School was also told by the U.S. Consulate in Munich that his application was denied under "Section 212(f) pursuant to Presidential Proclamation (PP) 'Enhancing National Security by Addressing Risks at Harvard University' of June 4, 2025." He similarly told the consular officer that the Court had issued a TRO the prior evening, but the consular officer reportedly replied, "I am just following orders."

19.   Media reports suggest that consular officers were acting under direct orders from the State Department. The *Washington Post* reported that on June 5 at 8:59 PM ET—after Harvard filed its Amended Complaint to challenge the Proclamation and about an hour before this Court entered its TRO—the State Department sent a cable to consulates and embassies around the world, instructing consular officers to reject all visa applications to "begin a course of study at Harvard University or participate in an exchange visitor program at Harvard University." The cable reportedly instructed consular officers to collect visa application fees from Harvard-affiliated applicants and permit them to interview, but then to reject their applications. The cable further instructed consular officers to cancel visas that had already been approved but not yet printed.[2]

---

[2] Laura Meckler, et al., *State Department tells consulates to resume processing Harvard visas*, Wash. Post (updated June 7, 2025), https://www.washingtonpost.com/education/2025/06/06/state-department-tells-consulates-reject-harvard-visas/.

5

20. The *Washington Post* then reported that on June 6 at 7:55 PM ET—approximately 22 hours after the Court entered its TRO—the State Department sent another cable rescinding the prior directive and instructing that "consular sections must resume processing of Harvard University student and exchange visitor visas."[3]

21. Nevertheless, visa applicants affiliated with Harvard continue to face hurdles.

22. On June 8, the U.S. Consulate in Tel Aviv cancelled the June 11 visa appointment for a visiting professor from Israel. The visiting professor was scheduled to travel to the United States on July 13 and begin teaching a summer course at Harvard on July 14. The visiting professor is currently unable to book a new J-1 visa interview appointment.

23. On June 9, an international executive education program withdrew from a partnership with Harvard Medical School because of the uncertainty surrounding Harvard's ability to welcome visa holders. After the U.S. Consulate refused to issue a visa to the CEO of the executive education program because of the program's affiliation with Harvard Medical School, the CEO cancelled the partnership due to concerns that similar visa barriers or travel disruptions could compromise student safety and program integrity.

24. These visa issues are especially concerning because even with court-ordered relief, certain visa applicants may remain in a worse position than they were in before the government's actions, and they may be unable or unwilling to continue their efforts to secure a visa and join the Harvard community.

**Continued and Worsening Impact on Harvard and Its Visa Holders**

25. The Presidential Proclamation has exacerbated the palpable sense of fear, confusion, and uncertainty on Harvard's campus about the future of its international students.

---

[3] *Id.*

26. In light of the Revocation Notice issued on May 22 and enjoined on May 23, the Presidential Proclamation issued on June 4 and enjoined on June 5, and the Notice of Intent to Withdraw issued on May 28 with a response deadline of June 27, HIO has been working around the clock to respond to questions from Harvard's international community under rapidly evolving circumstances.

27. After the Presidential Proclamation was issued on June 4, Harvard administrators were flooded with another round of inquiries from incoming international students about the possibility of deferring their enrollment.

28. At least one additional incoming student admitted to the T.H. Chan School of Public Health has decided to withdraw, despite holding a valid F-1 visa, because of concerns about her ability to focus on her studies with all this uncertainty.

29. At least one third-party sponsor has withdrawn a $50,000 grant it offered to an incoming LLM student at Harvard Law School in light of the challenges facing international students at Harvard. The third-party sponsor offered to find the incoming student placement at another university instead.

30. Current international students continue to inquire about the possibility of transferring to another institution.

31. Other universities around the world continue to use the uncertainty facing Harvard as an opportunity to recruit away talented international students and scholars. For example, Istanbul Technical University in Turkey recently announced an expedited admissions initiative for current Harvard students, promising to make decisions on transfer applications within one week.[4]

---

[4] Press Release, Istanbul Technical University, ITU's Special Call for Applications from Harvard Students (June 10, 2025), https://haberler.itu.edu.tr/en/newsdetail/2025/06/10/itu-s-special-call-for-applications-from-harvard-students.

32. Harvard continues to receive urgent inquiries from foreign consulates expressing concern and seeking information about students from their countries who are enrolled at Harvard or are applying for visas to enroll.

33. The uncertainty caused by the government's actions is interfering with planning for the upcoming academic year and requiring tremendous effort by administrators and staff across the University, who are diverting their time and energy from other matters to plan for various contingencies related to Harvard's international students and scholars.

34. At this time, Harvard cannot assure its international students and scholars that they will be able to travel to Cambridge to study at Harvard free from disruption caused by the federal government, which could occur without notice and have immediate effect.

Executed this 13th day of June, 2025, in Cambridge, Massachusetts.

/s/ Maureen Martin  
Maureen Martin