UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-11472-ADB |

## MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

Defendants move for leave to file an overlength memorandum of approximately 40 pages (prior to the signature and certification portions of the brief) in support of Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order (ECF No. 57). *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Defendants have good cause to request leave to file an overlength brief given the stakes of Plaintiff's motion, which implicates the President's far-reaching authority to suspend entry as well as grave national-security concerns. The case is intricate and complex, as Plaintiff's fourteen-count Amended Complaint demonstrates. Crucially, Defendants have not yet had an opportunity to brief the topics at issue in this motion, which addresses new developments that have occurred since Plaintiff's prior motion for a temporary restraining order of a different government action and related filings. An oversized brief will aid the Court in resolving the complicated issues raised in Plaintiff's

1

motion. Moreover, the Court granted Plaintiff's request to file an oversized brief. ECF No. 58. Granting this Motion will not result in any prejudice. Accordingly, Defendants respectfully request that this Court grant this Motion for Leave to File an overlength brief.

Per Local Rule 7.1, on June 13, 2025, Defendants' counsel contacted Plaintiff's counsel regarding the contents of this Motion, and Plaintiff's counsel stated they did not oppose the motion.

The parties have not yet had an opportunity to meet and confer due to the extremely compressed timeline provided for this filing.

DATED: June 13, 2025                          Respectfully Submitted,

                                              BRETT SHUMATE
                                              Assistant Attorney General
                                              Civil Division

                                              DREW ENSIGN
                                              Deputy Assistant Attorney General
                                              Office of Immigration Litigation
                                              Civil Division

                                              BRIDGET K. O'HICKEY
                                              Counsel to the Assistant Attorney General
                                              Civil Division

                                              DAVID KIM
                                              CATHERINE M. RENO
                                              CHRISTINA PARASCANDOLA
                                              Senior Litigation Counsel
                                              Office of Immigration Litigation
                                              General Litigation and Appeals Section

,

/s/ Tiberius Davis
Tiberius T. Davis
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this June 13, 2025, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

/s/ Tiberius Davis
Tiberius T. Davis

A