# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>   *Plaintiff*,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>   *Defendants*. | Case No. 1:25-cv-11472-ADB |

## [PROPOSED] ORDER GRANTING LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES

The Court hereby grants Defendants' Motion for leave to file a memorandum not to exceed 40 pages in length (prior to the signature and certification portions of the brief) in support of Defendants' Opposition to Plaintiff's Motion for a Temporary Restraining Order (ECF No. 57).

 

                                                                            _____
                                                                            ALLISON D. BURROUGHS
                                                                            UNITED STATES DISTRICT JUDGE

DATED: _____