

PRESS RELEASE

# Federal Task Force to Combat Antisemitism Announces Visits to 10 College Campuses that Experienced Incidents of Antisemitism

Friday, February 28, 2025

**For Immediate Release**
Office of Public Affairs

The Federal Task Force to Combat Anti-Semitism announced that it will be visiting 10 university campuses that have experienced antisemitic incidents since October 2023. Created pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Task Force set as its first priority to eradicate antisemitic harassment in schools and on college campuses.

Leading Task Force member and Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell informed the 10 universities yesterday that the Task Force was aware of allegations that the schools may have failed to protect Jewish students and faculty members from unlawful discrimination, in potential violation of federal law. Mr. Terrell said he intends for the Task Force to meet with university leadership, impacted students and staff, local law enforcement, and community members as it gathers information about these incidents and considers whether remedial action is warranted.

"The President, Attorney General Pamela Bondi, and the entire Administration are committed to ensuring that no one should feel unsafe or unwelcome on campus because of their religion," said Mr. Terrell. "The Task Force's mandate is to bring the full force of the federal government to bear in our effort to eradicate Anti-Semitism, particularly in schools. These visits are just one of many steps this Administration is taking to deliver on that commitment."

The 10 universities identified by the Task Force are: Columbia University; George Washington University; Harvard University; Johns Hopkins University; New York University; Northwestern University; the University of California, Los Angeles; the University of California, Berkeley; the University of Minnesota; and the University of Southern California.

If you have been discriminated against, you can file a complaint with the Civil Rights Division at civilrights.justice.gov. President Trump's Executive Order can be found at www.whitehouse.gov/presidential-actions/2025/01/additional-measures-to-combat-anti-semitism/.

Updated April 25, 2025

## Topics

CIVIL RIGHTS

COMMUNITY OUTREACH

**Component**

Civil Rights Division

Press Release Number: 25-202

# Related Content

**PRESS RELEASE**

### Tennessee Man Sentenced in Kentucky to 25 Years in Prison for Sex Trafficking

A Tennessee man was sentenced yesterday in the Western District of Kentucky for sex trafficking by force, fraud, or coercion; conspiracy to commit sex trafficking; obstructing a sex trafficking investigation...

June 12, 2025

**PRESS RELEASE**

### Justice Department Fighting Discrimination Against U.S. Workers

The Justice Department announced today that it has secured a settlement agreement with Epik Solutions, a California technology recruiting company, to resolve Epik Solutions' violations of the Immigration and Nationality...

June 10, 2025

**PRESS RELEASE**

**Former Corrections Officer Sentenced to Over Six Years in Prison on Federal Civil Rights Charges in Connection with Death of Inmate at West Virginia Jail**

A former corrections officer from the Southern Regional Jail in Beaver, West Virginia, was sentenced for failing to intervene to stop other officers from assaulting an inmate, identified by the...

June 9, 2025

**Office of Public Affairs**

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

**Office of Public Affairs Direct Line**
202-514-2007

Department of Justice Main Switchboard
202-514-2000