

**Office of Public Affairs**
U.S. Department of Justice

PRESS RELEASE

# Justice Department Announces Formation of Task Force to Combat Anti-Semitism

Monday, February 3, 2025

> **For Immediate Release**
> Office of Public Affairs

Pursuant to President Trump's Executive Order on Additional Measures to Combat Anti-Semitism, the Justice Department announced today the formation of a multi-agency Task Force to Combat Anti-Semitism. The Task Force's first priority will be to root out anti-Semitic harassment in schools and on college campuses.

In addition to the Department of Justice, the Task Force will include representatives from the U.S. Department of Education, U.S. Department of Health and Human Services, and other agencies as it develops. The Task Force will be coordinated through the Department's Civil Rights Division.

"Anti-Semitism in any environment is repugnant to this Nation's ideals," said Senior Counsel to the Assistant Attorney General for Civil Rights Leo Terrell, who will be heading the Task Force. "The Department takes seriously our responsibility to eradicate this hatred wherever it is found. The Task Force to Combat Anti-Semitism is the first step in giving life to President Trump's renewed commitment to ending anti-Semitism in our schools."

If you have been discriminated against, you can file a complaint with the Civil Rights Division, at Contact the Civil Rights Division | Department of Justice (https://civilrights.justice.gov). President Trump's Executive Order can be found here: Additional Measures to Combat Anti-Semitism – The White House.

*Updated February 3, 2025*

---

**Topic**

CIVIL RIGHTS

**Component**

Civil Rights Division

Press Release Number: 25-132

## Related Content

PRESS RELEASE

**Justice Department Fighting Discrimination Against U.S. Workers**

The Justice Department announced today that it has secured a settlement agreement with Epik Solutions, a California technology recruiting company, to resolve Epik Solutions' violations of the Immigration and Nationality…

June 10, 2025

6/12/25, 4:08 AM   Office of Public Affairs | Justice Department Announces Formation of Task Force to Combat Anti-Semitism | United States Departme…

Case 1:25-cv-41472-ADB   Document 67-4   Filed 06/14/25   Page 2 of 2

**PRESS RELEASE**

### Former Corrections Officer Sentenced to Over Six Years in Prison on Federal Civil Rights Charges in Connection with Death of Inmate at West Virginia Jail

A former corrections officer from the Southern Regional Jail in Beaver, West Virginia, was sentenced for failing to intervene to stop other officers from assaulting an inmate, identified by the...

June 9, 2025

**PRESS RELEASE**

### Justice Department Sues Coffee House for Refusal to Serve Jewish Customers

The Justice Department announced that it filed a lawsuit against Fathi Abdulrahim Harara and Native Grounds LLC, the owners of the Jerusalem Coffee House in Oakland, California. The lawsuit alleges...

June 9, 2025

### Office of Public Affairs

U.S. Department of Justice

