

PRESS RELEASE

# DOJ, HHS, ED, and GSA Announce Initial Cancelation of Grants and Contracts to Columbia University Worth $400 Million

Friday, March 7, 2025

**For Immediate Release**
Office of Public Affairs

**Members of the Joint Task Force to Combat Anti-Semitism Take Swift Action to Protect Jewish Students in Response to Inaction By Columbia University**

Today, the Department of Justice (DOJ), Department of Health and Human Services (HHS), Department of Education (ED), and the U.S. General Services Administration (GSA) announced the immediate cancellation of approximately $400 million in federal grants and contracts to Columbia University due to the school's continued inaction in the face of persistent harassment of Jewish students. These cancellations represent the first round of action and additional cancellations are expected to follow. The Task Force is continuing to review and coordinate across federal agencies to identify additional cancellations that could be made swiftly. DOJ, HHS, ED, and GSA are taking this action as members of the Joint Task Force to Combat Anti-Semitism. Columbia University currently holds more than $5 billion in federal grant commitments.

On March 3rd, the Task Force notified the Acting President of Columbia University that it would conduct a comprehensive review of the university's federal contracts and grants in light of ongoing investigations under Title VI of the Civil Rights Act. Chaos and anti-Semitic harassment have continued on and near campus in the days since. Columbia has not responded to the Task Force.

"After the horrors of October 7th, Jewish students were shamefully targeted on American college campuses — including at Columbia University," said **Attorney General Pamela Bondi.** "Any university which fails to account for the discrimination of its students will not be tolerated. Comply with federal anti-discrimination laws and take action to protect students or expect consequences."

"Since October 7, Jewish students have faced relentless violence, intimidation, and anti-Semitic harassment on their campuses – only to be ignored by those who are supposed to protect them," said **Secretary of Education Linda McMahon.** "Universities must comply with all federal antidiscrimination laws if they are going to receive federal funding. For too long, Columbia has abandoned that obligation to Jewish students studying on its campus.

Today, we demonstrate to Columbia and other universities that we will not tolerate their appalling inaction any longer."

President Trump has been clear that any college or university that allows illegal protests and repeatedly fails to protect students from anti-Semitic harassment on campus will be subject to the loss of federal funding.

"Freezing the funds is one of the tools we are using to respond to this spike in anti-Semitism. This is only the beginning," said **Leo Terrell, Senior Counsel to the Assistant Attorney General for Civil Rights and head of the DOJ Task Force to Combat Anti-Semitism.** "Cancelling these taxpayer funds is our strongest signal yet that the Federal Government is not going to be party to an educational institution like Columbia that does not protect Jewish students and staff."

The decisive action by the DOJ, HHS, ED, and GSA to cancel Columbia's grants and contracts serves as a notice to every school and university that receives federal dollars that this Administration will use all the tools at its disposal to protect Jewish students and end anti-Semitism on college campuses.

"Anti-Semitism is clearly inconsistent with the fundamental values that should inform liberal education," said **Sean Keveney, HHS Acting General Counsel and Task Force member.** "Columbia University's complacency is unacceptable."

GSA will assist HHS and ED in issuing stop-work orders on grants and contracts that Columbia holds with those agencies. These stop-work orders will immediately freeze the university's access to these funds. Additionally, GSA will be assisting all agencies in issuing stop work orders and terminations for contracts held by Columbia University.

"Doing business with the Federal Government is a privilege," said **Josh Gruenbaum, FAS Commissioner and Task Force member.** "Columbia University, through their continued and shameful inaction to stop radical protestors from taking over buildings on campus and lack of response to the safety issues for Jewish students, and for that matter - all students - are not upholding the ideals of this Administration or the American people. Columbia cannot expect to retain the privilege of receiving federal taxpayer dollars if they will not fulfill their civil rights responsibilities to protect Jewish students from harassment and anti-Semitism."

For more information, read the HHS, ED, and GSA joint press release from Monday, March 3rd.

Updated April 25, 2025

**Topics**

CIVIL RIGHTS    GRANTS

**Components**

Office of the Attorney General    |    Civil Rights Division

Press Release Number: 25-233

# Related Content

**PRESS RELEASE**

### Tennessee Man Sentenced in Kentucky to 25 Years in Prison for Sex Trafficking

A Tennessee man was sentenced yesterday in the Western District of Kentucky for sex trafficking by force, fraud, or coercion; conspiracy to commit sex trafficking; obstructing a sex trafficking investigation...

June 12, 2025

**PRESS RELEASE**

### Justice Department Fighting Discrimination Against U.S. Workers

The Justice Department announced today that it has secured a [settlement agreement](#) with Epik Solutions, a California technology recruiting company, to resolve Epik Solutions' violations of the Immigration and Nationality...

June 10, 2025

**PRESS RELEASE**

### Former Corrections Officer Sentenced to Over Six Years in Prison on Federal Civil Rights Charges in Connection with Death of Inmate at West Virginia Jail

A former corrections officer from the Southern Regional Jail in Beaver, West Virginia, was sentenced for failing to intervene to stop other officers from assaulting an inmate, identified by the...

June 9, 2025

**Office of Public Affairs**
U.S. Department of Justice

950 Pennsylvania Avenue, NW
Washington DC 20530

 Office of Public Affairs Direct Line
202-514-2007

Department of Justice Main Switchboard
202-514-2000