Sections    The Harvard Crimson


**NEWS**
In Fight Against Trump, Harvard Goes From Media Lockdown to the Limelight


**NEWS**
The Changing Meaning and Lasting Power of the Harvard Name


**NEWS**
Can Harvard Bring Students' Focus Back to the Classroom?



ADVERTISEMENT

# Hate Crimes Reported to Harvard Police Doubled From 2022 to 2023



Source: Harvard University Police Department Annual Security Reports, 2014-2024 • By Yusuf S. Mian and Asher J. Montgomery
Chart includes crime data colleges are required to disclose under the Clery Act.

✱ A Flourish chart

By Sally E. Edwards and Asher J. Montgomery, Crimson Staff Writers
October 3, 2024

The number of hate crimes reported to the Harvard University Police Department doubled from 2022 to 2023, and included hate crimes on the basis of religion for the first time in at least two years, according to a report released Tuesday.

The numbers come as part of HUPD's annual Clery Act security report, whose release is mandated by federal law. In the report, HUPD detailed 10 hate crimes which were reported in 2023 — an increase from the five reported in 2022 and three reported in 2021.

The new numbers come amid rising concerns around antisemitism and Islamophobia on campus following Hamas' Oct. 7 attack on Israel. In a May interview, HUPD Chief Victor A. Clay said that the department considerably increased their presence on campus, including at Jewish events, in response to an increase in threats aimed at students.

The hate crimes reported in 2023 included three aggravated assaults motivated by race on public property, one case of larceny motivated by religion, and one case of simple assault motivated by religion. Other reported hate crimes include intimidation and assault on the basis of race, gender, and sexual orientation.



Sections    The Harvard Crimson

of Jewish individuals," and "protect us not only with their deeds, but with their words."

He added that Jews "are the targets of more hate crimes than any other identity," according to a separate FBI database of hate crimes.

"The effects of that hatred are not evenly distributed, but are borne most heavily by vulnerable minorities," he wrote.

Imam Khalil Abdur-Rashid, the University's Muslim chaplain, declined to comment for this article.



The number of hate crimes reported to HUPD doubled from 2022 to 2023. By Julian J. Giordano

ADVERTISEMENT



Summer 2026 internships in Business Operations, Systematic Investing, and Systems will open in mid-June.

Where will your curiosity take you next?

D E Shaw & Co

HUPD spokesperson Steven G. Catalano also did not respond to a request for comment on the increase in hate crimes on campus.

The overall crime committed on campus also dramatically increased in 2023. According to the report, total crime rose 55 percent — from 208 incidents in 2022 to 323 in 2023.

In 2023, there were three arrests by HUPD officers for incidents of drug law and weapons law violations. The Clery Act, which requires schools that receive federal funding to disclose certain crime-related data, only mandates that HUPD release arrest numbers for drug law, weapons law, and liquor law violations.

The number of aggravated assaults jumped from 20 in 2022 to 59 in 2023. Reports of robberies increased nearly sixfold, from 5 in 2022 to 28 in 2023.

Incidents of motor vehicle theft — including scooter theft — and domestic violence roughly doubled from 2022 to 2023. Reports of non consensual fondling, stalking and burglary all decreased in 2023.

—Staff writer Sally E. Edwards can be reached at sally.edwards@thecrimson.com. Follow her on X @sallyedwards04 or on Threads @sally_edwards06.

 Sections     The Harvard Crimson

Threads @asher_montgomery.

**Want to keep up with breaking news?** Subscribe to our email newsletter.

TAGS  CRIME  ON CAMPUS  RELIGION  HUPD  METRO  FRONT MIDDLE FEATURE  FEATURED ARTICLES

RELATED ARTICLES

Clery Act

MOST READ

1. Who Is Supporting Harvard in Its Lawsuit To Keep Federal Research Funding?
2. House Committee To Investigate Harvard's Hiring Practices for Racial Discrimination
3. Climate Scientist Peter Huybers, Health Administrator Downing Lu Named Interim Kirkland House Faculty Deans
4. 12,000 Harvard Alumni Submit Amicus Brief Backing Harvard in Federal Funding Lawsuit
5. Grad Union Asks Harvard To Fund Noncitizens' Legal Expenses, Limit ICE Agents' Entry to Campus

ADVERTISEMENT



FROM OUR ADVERTISERS

 BAUME & MERCIER
 A Time To Remember: Celebrating Graduation With Baume & Mercier
Graduating from Harvard is not only the end of a journey, it is the beginning of a new chapter. After years of dedication and hard work, it is a moment that deserves to be marked with something meaningful.
SPONSORED

 THE CRIMSON BRAND STUDIO
Essential Apps For Every Harvard Student | 2025
Check out our top picks for innovative apps like Essayist that are designed to make your life more convenient and productive so that you can end the semester on a high note!
SPONSORED

Sections

The Harvard Crimson

The Harvard Crimson Merch Store
The Harvard Crimson Merch Store just dropped our Spring Collection and it's exactly what you didn't know you needed: classic Crimson colors, easygoing fits, and enough style to wear from lecture halls to late nights at Joe's.
SPONSORED

THE CRIMSON BRAND STUDIO
Successful Law School Essays | 2024
With an increasingly competitive Law School admissions process, it's important to understand what makes an applicant stand out.
SPONSORED

HUCKBERRY
Huckberry Holiday Guide
Welcome to your one-stop gifting destination for men and women—it's like your neighborhood holiday shop, but way cooler.
SPONSORED

HUSL
HUSL: Harvard's Pathway Into Sports Business
HUSL seeks to create and empower a community of students who are seeking pathways into the Sports Business Industry.
SPONSORED

ADVERTISEMENT

ADVERTISEMENT

ADVERTISEMENT

The Harvard Crimson
The University Daily, Est. 1873

SECTIONS
News
Opinion
Arts
Blog
Magazine
Videos
Sports

ABOUT
General
Diversity & Inclusion
Privacy Policy
Rights & Permissions
Sitemap

RESOURCES
Advertising
Newsletters
Journalism Programs

CONTACT US
Corrections

https://www.thecrimson.com/article/2024/10/3/hupd-reports-hate-crimes-2024/    4/5

Sections

The Harvard Crimson

Copyright © 2025 The Harvard Crimson, Inc.