

Ad Details

# U.S. News EDUCATION

Home / Education / Colleges



# Harvard University

**#3** in **National Universities**
4 year • Cambridge, MA

⭐⭐⭐⭐⭐ **13 reviews**

| Overview | Rankings | Admissions | Cost | Academics | Student Body | Campus Life |  ♡ **Add to List** |




📷 Show All Photos

## Overview

Harvard University is a private institution that was founded in 1636. It has a total undergraduate enrollment of 7,110 (fall 2023), and the campus size is 5,667 acres. It

| Overview | Rankings | Admissions | Cost | Academics | Student Body | Campus Life |  ♡ **Add to List** |

### At-a-Glance

| Setting | N/A |
| Tuition & Fees | $61,676 |
| Undergraduate Enrollment | 7,110 |
| Acceptance Rate | |

🖥 Visit School Website ↗

📍 Cambridge, MA, 02138

✅ Work at this school? Claim it here »

**Compare Colleges**



THE NEW GENESIS GV70 — SHOP NOW



## 2025 Rankings

Schools are ranked according to their performance across a set of widely accepted indicators of excellence. Read more about **how we rank schools.**

- **#3** in **National Universities**
- **#2** in **Best Value Schools**
- **#27** in **Engineering Programs (doctorate)** (tie)

See All Rankings »

My Fit Score

### My Fit Custom College Ranking

Does this school fit your college needs? Receive a personalized ranking provided by U.S. News College Compass and find out. **Try It Now »**



## Admissions

**Jan. 1** Application Deadline

**3%** Acceptance Rate

| | |
|---|---:|
| SAT Range* | 1500-1580 |
| ACT Range* | 34-36 |
| High School GPA* | 3.9 |

See Full Admissions Details »

*\* These are the average scores of applications admitted to this school. Ranges represent admitted applicants who fell within the 25th and 75th percentile.*

## Will You Get Into Harvard University?

**College Admissions Calculator**



See How You Compare

Compare Colleges



Sign up for a **free** U.S. News account to see how you stack up against applicants seeking admission at any school.

Get Started

Already have an account? Log in now.

- [ ] Interested
- [ ] Applied
- [ ] Accepted
- [ ] Enrolled
- [ ] Rejected
- [ ] Waitlisted

Data provided by U.S. News College Compass Users.

## Cost

| Tuition & Fees | $61,676 |
|---|---|
| Food & Housing | $21,190(2024-25) |
| Average Need-Based Aid Package | $72,690 |

See More Cost Details »

$19,500
Annual Cost*

*Average cost after aid

## Academics

66%    7:1    74%

Compare Colleges



4-Year Graduation Rate

Student/Faculty Ratio

Classes With Fewer Than 20 Students

## Popular Majors

| MAJOR | % OF GRADUATES | ALUMNI STARTING SALARY |
|---|---|---|
| Social Sciences | 29% | N/A |
| Biological and Biomedical Sciences | 12% | N/A |
| Mathematics and Statistics | 11% | N/A |
| Computer and Information Sciences and Support Services | 10% | N/A |
| History | 9% | N/A |

*\* In cases where salary data at the specific major level is unavailable, a general salary for the major category is displayed.*

## Faculty Research Impact



| Bibliometric Rank | 3 |
|---|---|

Bibliometrics is the statistical analyses of publications and citations for the purpose of measuring faculty research impact.

| Publication share in the Top 25% of Journals by CiteScore | 73% |
|---|---|
| Publication share in the Top 5% of Journals by CiteScore | 29% |
| Field Weighted Citation Impact | 2.2 |
| Total Papers published between 2019-2023 | 141,727 |
| Citations Per Publication | 23 |

Metrics are extracted from SciVal based on Elsevier's Scopus data. Last updated 2024.

See Full Academic Details »

**Pick the Perfect Major**
Discover the perfect major for you based on your innate wiring. The Innate Assessment sets you up for success by pairing you with majors, colleges and careers that fit your unique skills and abilities.

Take the Quiz

Compare Colleges

## Students



7,110

| Graduate Enrollment | 14,1... |
|---|---|
| Total Enrollment | 21,... |

| Undergraduate Enrollment | | Full-Time Degree-Seeking Undergraduates | 7,062 |

## Student Diversity

**Gender Distribution**

● Male **47.1%**   ● Female **52.9%**   ● Other **0%**

**Ethnic Diversity**

**53%** Minority Enrollment

- ● **53%** Minority Enrollment
- ● **32%** White
- ● **24%** Asian
- ● **14%** International
- ● **12%** Hispanic
- ● **9%** Black
- ● **8%** Two or more races
- ● **1%** Unknown

Not Specified is not included in this breakdown due to an enrollment of 0%.

See Full Student Life Details »



## Campus Life

### Housing and Dorms

**Types of campus housing available:**
- coed dorms
- apartments for married students
- apartment for single students
- special housing for disabled students
- cooperative housing

### Student Activities

Compare Colleges

Case 1:25-cv-11472-ADB    Document 67-9    Filed 06/13/25    Page 6 of 10

| 111+ | N/A | N/A |
|---|---|---|
| Sports Teams | Fraternities | Sororities |

See Full Campus Life Details »

## After College

| | |
|---|---|
| 4-Year Graduation Rate | 66% |
| Graduating Students Who Have Borrowed (any loan type, 2023) | 16% |
| Average Debt at Graduation | $17,940 |

**$99,572**
Median Salary 6 Years After Graduation

### Schools You Might Also Like

Compare


**SPONSORED**
**University of New Mexico**
Albuquerque, NM
☐ Add to Compare


**SPONSORED**
**University of Chicago**
Chicago, IL
☐ Add to Compare


**SPONSORED**
**Loyola University Chicago**
Chicago, IL
☐ Add to Compare

## Reviews & Ratings

See reviews and ratings of this school from students, alumni, staff and others. These reviews are not written by U.S. News and have no impact on any of the Best Colleges rankings. Read an explanation of user ratings.

★★★★★
13 reviews

Compare Colleges

**Write a Review**

| | |
|---|---|
| Activities & Social Life | ★★★★★ |
| City & Setting | ★★★★★ |
| Classes & Teachers | ★★★★★ |
| Dining & Food | ★★★★★ |
| Dorms & Housing | ★★★★★ |
| Health & Safety | ★★★★★ |

Reviewed by 13 users

Enter Search Terms

---

★★★★☆

**goal**

2 months ago
Makaveli Emmanuel,
Massachusetts Hall,
Cambridge, MA 02138

personal development

Yes, I would recommend this school to a friend        Flag this review

Was this review helpful to you?    👍 2    👎 3

---

★★★★★

**Went to this school & got my PH.D in biology & astronomy.**

2 years ago
Dee Lam, Phoenix, AZ

Good life there. I regret not being able to go to Jupiter to collect diamonds despite being an engineer.

Yes, I would recommend this school to a friend        Flag this review

Was this review helpful to you?    👍 30    👎 58

---

★★★★★

**Smartest classmates possible**

2 years ago
MechanicalMike, Santa Fe, NM

Outstanding academic experience. You have to work for it, and it's worth the effort.

Yes, I would recommend this school to a friend        Flag this review

Was this review helpful to you?    👍 28    👎 59

---

★★★★★

**Great school**

3 years ago
Carey 2020, Maryland

One of the best schools in the world academically and one of the best campus cultures

Yes, I would recommend this school to a friend        Flag this review

Was this review helpful to you?    👍 43    👎 79

Compare Colleges



**Incredible school!**

5 years ago
James B, 2020, Cambridge, MA

The school is truly transformative.

Yes, I would recommend this school to a friend      Flag this review

Was this review helpful to you?    👍 37    👎 90



**Great University**

5 years ago
Robert, Hawaii

I went here for an NYFA program in the summer of 2007. I stayed in Hastings Hall and ate at Annenberg Hall. The campus is awesome and the food at Annenberg Hall was delicious.

Yes, I would recommend this school to a friend      Flag this review

Was this review helpful to you?    👍 41    👎 103

⭐⭐⭐⭐⭐

**The best of the best**

5 years ago
Annie, Hawaii, NY

Harvard University is an amazing university with a unique experience. I love them and it is because they show a commitment to excellence.

Yes, I would recommend this school to a friend      Flag this review

Was this review helpful to you?    👍 37    👎 76



**Becoming More Student Focused**

6 years ago
New Parent, Santa Barbara, CA

My child attends and the school has an abundance of resources for the students. They also have so many "eyes" on each student with deans, proctors, advisors, peer mentors and great office hours of faculty that students have many avenues for getting advice and direction. There are so many opportunities for involvement and engagement in any area of study or community action or political action. Since virtually all students live on campus for all four years the campus appears to be fully alive, engaged and active. A good place to learn and spend your formative years.

Yes, I would recommend this school to a friend      Flag this review

Was this review helpful to you?    👍 69    👎 45



**Excellent institution, not just for the wealthy**

6 years ago
Eric, Class of 2021, Cambridge, MA

I have had a great experience so far. The professors are awesome and actually excited to be teaching. Most are doing research in their fields at the school. TAs are all masters students or above. The financial aid makes this school accessible for everyone - they never turn away a student because of inability to pay. Advisors are very helpful to keep you on whatever tract you're majoring in. They actually listen to your wants and needs and help you create goals for yourself and they hold you accountable when you slip. Neighborhood is nice, can get loud around the square so it's better to find cafes further away to study at. Food on campus is good and there are cool restaurants and bars surrounding the campus. It's right at a subway stop so it's easy to take the T anywhere in the Boston area to explore.

Yes, I would recommend this school to a friend      Flag this review

Was this review helpful to you?    👍 57    👎 26

Compare Colleges

Case 1:25-cv-11472-ADB   Document 67-9   Filed 06/13/25   Page 9 of 10

⭐⭐⭐⭐⭐

**Transformative**

6 years ago
'00, WA

Great education, incredible resources, dynamic campus and city. I was able to think deeply about the kind of person I wanted to be in this world, and made wonderful memories and lifelong friends in the process.

Yes, I would recommend this school to a friend          Flag this review

---

Was this review helpful to you?     👍 32     👎 31

Next





### Read More

 20 Private Universities With Large Endowments      Historically Black Colleges With Low Acceptance Rates

 See the 18 Most Diverse U.S. Medical Schools



Undergraduate data are based on the 2023 school year.

## MORE FROM THIS SCHOOL

Colleges
Graduate Schools
Global Universities

BEST COLLEGES  GRAD SCHOOLS  ONLINE COLLEGES  GLOBAL  K-12 SCHOOLS

COMMUNITY COLLEGES  PREMIUM TOOLS

About  Editorial Guidelines  Contact  Press  Advertise  Newsletters  Jobs  Site Map  Store

Copyright 2025 © U.S. News & World Report L.P.  Terms & Conditions/Privacy Policy/U.S. State Privacy Notice

Compare Colleges