## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 1:25-cv-11472-ADB

## DEFENDANTS' STATUS REPORT

Defendants submit this status report in response to the Court's order "to file a status report within 72 hours of entry of this Order describing the steps taken to ensure compliance with this Order and certifying compliance with its requirements." ECF 73 ¶ H.

Defendants are complying with the Court's preliminary injunction order. Soon after the Court entered a temporary restraining order (ECF 11), Defendants directed employees and supervisors with responsibility for Student and Exchange Visitor Program ("SEVP") certification, Student and Exchange Visitor Information System ("SEVIS") access, and related visas to comply with the TRO. Since then, Defendants have not revoked existing, or denied applications for, F or J visas for Harvard students based on the revocation of Harvard's SEVP certification and Exchange Visitor Program designation. Defendants have not otherwise attempted to revoke Harvard's SEVP certification, SEVIS access, or Exchange Visitor Program designation outside of the procedures

1

laid out in 8 C.F.R. §§ 214.3 and 214.4 and 22 C.F.R. Part 62. After the May 28, 2025, Notice of Intent to Withdraw ("NOIW"), issued by ICE, Defendants made clear that Harvard's SEVP certification was not currently revoked.

Defendants have drafted guidance since the Court entered the preliminary injunction on June 20, 2025. ECF 73. This guidance informs employees and supervisors responsible for SEVP certifications, SEVIS access, Exchange Visitor Program designation, and F and J visas of the preliminary injunction and to comply with its terms. Defendants have also made clear that any future revocations of Harvard's SEVP certification, SEVIS access, or Exchange Visitor Program designation must be done through the regulatory procedures under C.F.R. §§ 214.3 and 214.4 or in 22 C.F.R. Part 62.

In particular, the Department of State is issuing additional guidance today to all consulates, embassies, field offices, and others with responsibility for F and J visas that determinations that a visa holder has failed to maintain nonimmigrant status or decisions to take any adverse action with respect to a visa applicant or holder cannot be based on the May 22, 2025 revocation of Harvard's SEVP certification or Exchange Visitor Program designation. The Department of Homeland Security's relevant components (ICE, CBP, and USCIS) have issued guidance to their employees, including at field offices and ports of entry, to ensure no one is removed, has adverse visa determination, or is denied admission based on the revocation of Harvard's SEVP certification and Exchange Visitor Program designation. DHS is currently reviewing Harvard's SEVP compliance through the procedures in 8 C.F.R. §§ 214.3 and 214.4.

Dated: June 23, 2025          Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
Civil Division

DAVID KIM
CATHERINE M. RENO
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section

_s/ Tiberius T. Davis_
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
202-514-4357
tiberius.davis@usdoj.gov

_Attorneys for Defendants_

**CERTIFICATE OF SERVICE**

I, Tiberius Davis, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: June 23, 2025                    /s/ *Tiberius Davis*
                                         TIBERIUS DAVIS
                                         Counsel to the Assistant Attorney General