# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE,

                            *Plaintiff*,

     v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, *et al.*,

                            *Defendants*.

Case No. 1:25-cv-11472-ADB

## DEFENDANTS' NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE FIRST CIRCUIT

## <u>NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS<br>FOR THE FIRST CIRCUIT</u>

Notice is hereby given that the Defendants appeal to the United States Court of Appeals for the First Circuit from the Court's preliminary injunction order (ECF No. 75) entered in this action on June 23, 2025.

Dated: June 27, 2025                    Respectfully submitted,

BRETT SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division

BRIDGET K. O'HICKEY
Counsel to the Assistant Attorney General
Civil Division

DAVID KIM
CATHERINE M. RENO
Senior Litigation Counsel
Office of Immigration Litigation
General Litigation and Appeals Section

s/ *Tiberius T. Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I, Tiberius Davis, hereby certify that I served a true copy of the above document upon all counsel of record via this court's electronic filing system and upon any non-registered participants via first class mail.

Dated: June 27, 2025                    /s/ *Tiberius Davis*
                                        TIBERIUS DAVIS
                                        Counsel to the Assistant Attorney General