# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: President and Fellows of Harvard College v. United States Department of Homeland Security et al

District Court Number: 25cv11472-ADB

Fee: Paid? Yes ____ No ____  Government filer _X_  In Forma Pauperis Yes ____ No ____

Motions Pending  Yes _X_ No ____         Sealed documents   Yes ____ No _X_
If yes, document #   76                   If yes, document # _____

Ex parte documents  Yes ____ No _X_      Transcripts        Yes _X_ No ____
If yes, document # _____          If yes, document #   52, 70

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#75 Memorandum and Order

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#75 and #77

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __77__ filed on June 27, 2025.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 28, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**