UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF<br>HARVARD COLLEGE,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | Civil Case No. 1:25-cv-11472-ADB |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION
OF TIME AND PAGES TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants respectfully request that the Court extend the deadline to prepare a responsive pleading to August 8, 2025. Defendants also seek leave to file a motion of up to 30 pages, if Defendants choose to file a motion to dismiss rather than an answer. As support for this motion, Defendants state as follows:

1. Defendants respectfully seek a modest extension of time to adequately review, analyze, and respond to Plaintiff's Amended Complaint (Dkt. 54). The complaint is over 100 pages long, contains 367 paragraphs, presents 14 claims, and includes issues regarding the SEVP revocation that have not yet been briefed by Defendants. This additional period of time is needed to allow counsel for Defendants to confer with the various agency partners involved in this case to prepare a responsive pleading.

2. For many of the same reasons, Defendants further request permission to exceed the page limit set forth in Local Rule 7.1(b)(4) by an additional ten pages. Defendants believe up to 30 pages is necessary to adequately brief the issues in this case. This is less than number

of pages required to brief the injunctions, both of which were focused on a subset of the issues here. ECF 6, 58.

3. In addition, given the preliminary injunctions, Defendants do not believe that Plaintiff will be prejudiced by these requests.

4. Defendants' counsel has conferred with counsel for Plaintiff, who is unopposed to the requested relief. Defendants would be unopposed to any similar request for a reasonable extension of time or pages by Plaintiff.

5. This is the first extension of time sought by Defendants in this matter.

6. This extension request is made in good faith and not intended to cause delay or otherwise prejudice Plaintiff.

WHEREFORE, for the reasons stated herein, Defendants respectfully request that the Court extend Defendants' deadline to respond to Plaintiff's Amended Complaint up to and including August 8, 2025, and allow an extension of the page limit for Defendants' responsive pleading by ten pages.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW ENSIGN
Deputy Assistant Attorney General
Office of Immigration Litigation
Civil Division

BRIDGET K. O'HICKLEY
Counsel to the Assistant Attorney General
Civil Division

DAVID KIM
CATHERINE M. RENO
Senior Litigation Counsel

|  |  |
|---|---|
|  | Office of Immigration Litigation<br>General Litigation and Appeals Section |
| Dated: August 1, 2025 | By: */s/ Tiberius T. Davis*<br>TIBERIUS DAVIS<br>Counsel to the Assistant Attorney General<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044-0878<br>(202) 514-2000<br>Tiberius.Davis@usdoj.gov<br><br>*Attorneys for Defendants* |

**LOCAL RULE 7.1 CERTIFICATION**

  I hereby certify that I conferred with counsel for Plaintiff, who does not oppose the requested relief.

                */s/ Tiberius T. Davis*
                TIBERIUS DAVIS
                Counsel to the Assistant Attorney General

Dated:  August 1, 2025

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                */s/ Tiberius T. Davis*
                TIBERIUS DAVIS
                Counsel to the Assistant Attorney General

Dated:  August 1, 2025