UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 1:25-cv-11472-ADB |

## DEFENDANTS' MOTION TO DISMISS

Defendants respectfully move the Court to dismiss Plaintiff's Amended Complaint for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). As support for this motion, Defendants rely upon the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court allow this motion and dismiss the Amended Complaint.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

Dated:  August 8, 2025

By: */s/ Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
(202) 514-2000
Tiberius.Davis@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I certify that I conferred with counsel for the Plaintiff, and that the parties were unable to resolve or narrow the issues presented by this motion.

          */s/ Tiberius Davis*
          TIBERIUS DAVIS
          Counsel to the Assistant Attorney General

Dated: August 8, 2025

**CERTIFICATE OF SERVICE**

I certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

          */s/ Tiberius Davis*
          TIBERIUS DAVIS
          Counsel to the Assistant Attorney General

Dated: August 8, 2025