IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Case No. 1:25-cv-11472-ADB |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
AND PAGES TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff President and Fellows of Harvard College respectfully requests that the Court extend the deadline and enlarge the page limit for Plaintiff's opposition to Defendants' August 8, 2025 motion to dismiss (Dkt. 85). Plaintiff seeks the Court's leave to file an opposition of up to 30 pages by September 5, 2025. As support for this motion, Plaintiff states as follows:

1. On August 4, 2025, the Court granted Defendants' unopposed motion for an extension of time to file their motion to dismiss and for an enlargement of ten pages beyond the page limit set forth in Local Rule 7.1(b)(4). Dkt. 82. Defendants filed their motion on August 8, 2025, accompanied by a 30-page memorandum of law. Dkt. 86.

2. Plaintiff now requests a similar extension and enlargement for its opposition to Defendants' motion. Plaintiff's opposition is currently due by August 22, 2025, and the default page limit under Local Rule 7.1(b)(4) is 20 pages. Modest extensions of time (14 days) and length (10 pages) are warranted given the number of issues raised in Defendants' motion and given the similar relief that the Court afforded Defendants.

3. Counsel for Plaintiff conferred with counsel for Defendants, and Defendants do not oppose

1

the requested relief.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that the Court extend Plaintiff's deadline to respond to Defendants' motion to dismiss by 14 days, up to and including September 5, 2025, and allow a ten-page extension of the page limit for Plaintiff's memorandum.

| | |
|---|---|
| Dated: August 12, 2025 | Respectfully submitted, |
| LEHOTSKY KELLER COHN LLP | JENNER & BLOCK LLP |
| Steven P. Lehotsky (BBO # 655908)<br>Scott A. Keller*<br>Serena M. Orloff*<br>Shannon G. Denmark*<br>Jacob B. Richards (BBO # 712103)<br>200 Massachusetts Ave. NW, Suite 700<br>Washington, DC 20001<br>T: (512) 693-8350<br>F: (512) 727-4755<br>steve@lkcfirm.com<br>scott@lkcfirm.com<br>serena@lkcfirm.com<br>shannon@lkcfirm.com<br>jacob@lkcfirm.com | By: /s/ Ian H. Gershengorn<br>Ishan Bhabha*<br>Ian Heath Gershengorn*<br>Lauren J. Hartz*<br>1099 New York Ave. NW, Suite 900<br>Washington, DC 20001<br>Tel: (202) 639-6000<br>IBhabha@jenner.com<br>IGershengorn@jenner.com<br>LHartz@jenner.com<br><br>Andrianna Kastanek*<br>353 N Clark St.<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>AKastanek@jenner.com |
| Katherine C. Yarger*<br>700 Colorado Blvd., #407<br>Denver, CO 80206<br>katie@lkcfirm.com | William A. Burck*<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>1300 I St. NW, Suite 900<br>Washington, DC 20005<br>williamburck@quinnemanuel.com |
| Joshua P. Morrow*<br>408 W. 11th St., 5th Floor<br>Austin, TX 78701<br>josh@lkcfirm.com | |
| Danielle K. Goldstein*<br>3280 Peachtree Rd. NE<br>Atlanta, GA 30305<br>danielle@lkcfirm.com | Robert K. Hur*<br>KING & SPALDING LLP<br>1700 Pennsylvania Ave. NW, Suite 900<br>Washington, DC 20006<br>rhur@kslaw.com |
| | *Admitted Pro Hac Vice |

**CERTIFICATE OF SERVICE**

Counsel for Plaintiff certify that they have submitted the foregoing document with the clerk of court for the District of Massachusetts, using the electronic case filing system of the Court. Counsel for Plaintiff hereby certify that they have served all parties electronically or by another manner authorized by Fed. R. Civ. P. 5(b)(2).

Dated: August 12, 2025                                      */s/ Ian H. Gershengorn*
                                                            Ian H. Gershengorn

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(a), counsel for Plaintiff certify that they have conferred with counsel for Defendants, who do not oppose the requested relief.

Dated: August 12, 2025                                         */s/ Ian H. Gershengorn*
                                                                Ian H. Gershengorn