# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESIDENT AND FELLOWS OF HARVARD COLLEGE,<br><br>            Plaintiff,<br><br>    -vs.-<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>            Defendants. | Case No. 25-cv-11048-ADB |

## DECLARATION OF BEN SCHLAGER

I, Ben Schlager, state as follows:

1. I am an attorney for *Amicus Curiae* National Jewish Advocacy Center, Inc. ("NJAC").

2. I submit this declaration in support of the motion for my admission *pro hac vice*, as counsel for *Amicus* NJAC.

3. My contact information is as follows:

   Ben Schlager
   National Jewish Advocacy Center, Inc.
   3 Times Square
   New York, NY 10036
   Tel: (917)-495-5790
   Email: ben@njaclaw.org

4. I am an attorney who is admitted to practice law in the State of New York (Bar No. 2935682).

2

5. I am a member in good standing in every jurisdiction where I am admitted to practice law.

6. I have never been suspended or disbarred in any jurisdiction, and there are no disciplinary proceedings pending against me in any jurisdiction.

7. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

8. I have read, and agree to comply with, the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury on this 3rd day of July, 2025.

*/s/ Ben Schlager*
Ben Schlager
