cv-11048-ADB   Document 231-1   Filed 07/23/25

A. Saleh
107 India Rd
Carlisle, MA 01741

To: Clerk
US District Court
1 Courthouse Way
Boston, MA 02210

BOSTON MA 020
21 JUL 2025 PM 3

USMS Screened

FOREVER / USA
Dog Bite Awareness